At an City Part, Part 25 of the Supreme Court of the State of New York, County of Kings, at the Courthouse located at 360 Adams St. Brooklyn, NY, on the 25th day of March, 2026

P R E S E N T :
HON. LISA LEWIS J.S.C.

---

In the Matter of the Application of
TRAMELL THOMPSON,

Petitioner,

-against-

NEW YORK CITY TRANSIT AUTHORITY and TWU LOCAL 100,

Respondents,

Cal No. 52

Index No.: 524573/2024

---

| **The following papers read herein** | **NYSCEF Docs.** |
|---|---|
| **MS 2** | **42-58** |

Petitioner Tramell Thompson moves to reargue this Court's decision entered on July 1, 2025, denying Thompson's petition to vacate the arbitration award terminating his employment with the New York City Transit Authority.

Upon review of the parties' papers and relevant law, the Court finds that movant failed to demonstrate that the Court overlooked or misapprehended any matters of fact or law in determining the July 1, 2025, order.

Accordingly, the motion to renew and reargue is DENIED.

This constitutes the decision and order of the court.

2026 MAR 27 A 8: 32
KINGS COUNTY CLERK
FILED

E N T E R

Hon. Lisa Lewis