**TRANSPORT WORKERS UNION**
**OF GREATER NEW YORK • AFL-CIO • LOCAL 100**

John V. Chiarello, *President*
Carlos Bernabel, *Secretary Treasurer*
Shirley Martin, *Recording Secretary*
Alexander Kemp, *Administrative VP*

July 6,2026

Via Email:Ttompson@twulocal100.org
Tramell Thompson
91 Lenox Rd Apt 2C
Brooklyn, NY 11226

Dear Mr. Tramell Thompson,

Enclosed herewith is a copy of a charge that has been filed against you by Jesse Arguetta. The Executive Board has determined that the(se) charge(s) warrant a trial and a Trial Committee has been empanelled to hear the matter. The members of the Trial Committee are:

Michael Cappocci (Chairperson)
Vanessa Jones (Member)
Grigory Dunichev (Member)
Christopher Canty (Alternate)

The hearing shall take place at 195 Montague Street, 9th Floor-Quill Room on Friday, July 24th, 2026, at 9:30am.

Pursuant to Article XIX, Section 3 of the TWU Constitution, you may challenge the composition of the Trial Committee under certain circumstances. You should refer to that section if you believe the Trial Committee members are improper.

Pursuant to Article XIX, Section 4, you have the right to be represented at the Trial by any good-standing member of Local 100. Please advise as to whom shall be representing you.

IF YOU FAIL TO APPEAR AT THE HEARING AT THE TIME AND PLACE INDICATED ABOVE (AND YOU PROVIDE NO ACCEPTABLE EXCUSE FOR NOT APPEARING), THE HEARING SHALL PROCEED WITH THE SAME FORCE AND EFFECT AS IF YOU WERE PRESENT.

Fraternally,

Shirley Martin
Recording Secretary

cc: Jesse Arguetta
John V. Chiarello



C/L

April 25, 2025

Shirley Martin
Recording Secretary
Transport Workers Union Local 100
195 Montague Street
Brooklyn, NY 11201

RECEIVED
APR 2 5 2025
Office of the Recording Secretary

Dear Shirley Martin,

I am bringing what I feel are formal charges against RTO VP Trammel Thompson under the TWU Constitution and Local 100 By-Laws. I believe his actions as V.P. have violated his OATH OF OFFICE, Local 100's By-Laws and Article XIX of the Constitution.

The following are the infractions I believe VP Thompson have committed:

- he posted a video (3/4/25) about a pregnant T/O being sent for D/A Testing without providing all the facts surrounding the circumstances and that she had to report back after 8 hours. Whereas he could have spoken to management to have her reporting time adjusted and didn't speak on any how things like that would be addressed going forward. (violation of Article XIX, sec. 5 a and j).

- he inserted himself (3/10 and 3/12) into another Department's affairs on behalf of 2 BO's about MAC issues (violation of Article XIX, sec. 5 a and j and Bylaws XIXa.

- he exceeded his Departmental responsibilities on 2 occasions by invoking Local 100's name (3/12) with US HHS to address MAC complaints (violation of Article XIX, sec. 5 a and j) and jeopardizing the Union with a defamatory case (3/26) involving union-wide SIR matters and Manager Miranda Grant (violation of Article XIX, sec. 5 a and j and n).

- he involved himself in MOW grievances (3/28) over parking tickets (violation of Article XIX, sec. 5 a and j and Bylaws IV(1) and XIXa.

- potentially ruining the relationship between NYPD and Local 100 (4/14 and 4/15) by posting images of PO's sleeping in crew rooms (which was an old one and happened during COVID!) (violation of Article XIX, sec. 5 a and j and n and Bylaws IV (1).

- exceeding his authority by 1) reporting member FMLA issues (4/22) to US DOL and 2) interviewing Mayoral candidates (4/23) in the name of TWU L. 100 (violation of Article XIX, sec. 5 a and j and By Laws IV(1).

All of the above actions occurred within the last 2 months. Many can be proved on video on his own progressive action TV platform that is open to everyone to see. VP Thompson seems to completely disregard the proper functioning of Local 100 by acting as though HE is the Union.

He is only the VP of RTO, none of the other Departments should have to put up with his interference. It should also be made clear that the LEADERSHIP of Local 100 is responsible for Union-wide concerns – not the VP of RTO and that there are ways to address the issues of concern he has. The byLaws clearly state that the VP's assist the PRESIDENT "to such extent as the President shall

Case 1:26-cv-03393-DG-VMS Document 19-5 Filed 08/10/26 Page 11 of 11 PageID #: 310

determine" not the other way around. What he should be doing is focusing on and representing members in RTO – which he is not doing because he is doing all of this other stuff that he shouldn't be doing in the first place. It is my my viewpoint that VP Thompson has to be educated/addressed on how he can address/handle doing things so that it doesn't bring harm to the department he was elected to represent and then extending to the entire union.

I am requesting that whatever actions are needed get taken to address these issues so as to correct them moving forward.

From,

Jesse Argueta

RTO Executive Board Member

RECEIVED
APR 2 5 2025
Office of the Recording Secretary