# TRANSPORT WORKERS UNION
## OF GREATER NEW YORK • AFL-CIO • LOCAL 100

John V. Chiarello, *President* | Carlos Bernabel, *Secretary Treasurer* | Shirley Martin, *Recording Secretary* | Alexander Kemp, *Administrative VP*

July 6,2026

Via Email:Ttompson@twulocal100.org
Tramell Thompson
91 Lenox Rd Apt 2C
Brooklyn, NY 11226

Dear Mr. Tramell Thompson,

Enclosed herewith is a copy of a charge that has been filed against you by Donald Yates, Scott Steinberg, Gary Rosario and Daniel Ascona. The Executive Board has determined that the(se) charge(s) warrant a trial and a Trial Committee has been empanelled to hear the matter. The members of the Trial Committee are:

Michael Cappocci (Chairperson)
Vanessa Jones (Member)
Grigory Dunichev (Member)
Christopher Canty (Alternate)

The hearing shall take place at 195 Montague Street, 9th Floor-Quill Room on Monday, July 27th, 2026 at 9:30am.

Pursuant to Article XIX, Section 3 of the TWU Constitution, you may challenge the composition of the Trial Committee under certain circumstances. You should refer to that section if you believe the Trial Committee members are improper.

Pursuant to Article XIX, Section 4, you have the right to be represented at the Trial by any good-standing member of Local 100. Please advise as to whom shall be representing you.

IF YOU FAIL TO APPEAR AT THE HEARING AT THE TIME AND PLACE INDICATED ABOVE (AND YOU PROVIDE NO ACCEPTABLE EXCUSE FOR NOT APPEARING), THE HEARING SHALL PROCEED WITH THE SAME FORCE AND EFFECT AS IF YOU WERE PRESENT.

Fraternally,

Shirley Martin
Recording Secretary

cc: Donald Yates, Scott Steinberg, Gary Rosario, Daniel Ascona
John V. Chiarello



B/M

**Shirley Martin**

| | |
|---|---|
| **From:** | Steinberg, Scott <Scott.Steinberg@nyct.com> |
| **Sent:** | Wednesday, April 15, 2026 8:44 AM |
| **To:** | Shirley Martin |
| **Cc:** | John Chiarello; Gary Rosario; Donald Yates; Daniel Ascona; Thomas Lenane; Mike Rehn |
| **Subject:** | Charges |
| **Attachments:** | 04152026_MTA-Scan.pdf |

Office of the Recording Secretary

Gm Shirley,

Please see attached.

Thank you?

Scott Steinberg
MaBSTOA Maintenance Division Chairman
TWU Local 100 Executive Board
Mobile 917-842-8097
Office 646-896-8767
Sent from my T-Mobile 5G Device
Get Outlook for Android
Confidentiality Note: This e-mail, and any attachment to it, may contain privileged and confidential information and is intended for the use of the individual(s) or entity named on the e-mail. Unauthorized disclosure of this message is prohibited. If you have received this message in error, please notify the sender immediately by return e-mail and destroy this message and all copies thereof, including all attachments.

Shirley Martin
Recording Secretary
Transport Workers Union L.100
195 Montague Street
9th Floor
Brooklyn, NY 11001

Dear Sister Martin:

This letter is to file for al ... ges against RTO Vice President ... ll Thompson under th following p... of the ... U Constitu... n and Local 100 By-Laws.

- TWU Constitution XIX (5)(a): ... io ... ion ... a ... of th provisions of this Constitut... or wor... ng rule ... the Local Union.
- TWU Cons... n XIX(5)(k): Deliberately interfering with any fficial or the ... national Union in the discharge of hi... r uties.
- TWU Co... tution XIX(5)(n): By act... or conduct prejudicing or dam... g the ... sts and welfare of the International Union or of ... Local Un... n.
- TW... Local 100 By-Laws, ... le IV: ... g the a... hority of a Vice President.
- TWU Local 100 By-La... XV: Distributing for circulation among th membership materials purpor... to state Union ... licy witho... t approval.

On or about March 26, 2026, the ... aware of a posting on a social media site where Thompson was soliciting information from a Departmen... Buses employee regarding the safety condition of the bus fleet. Not long after that, during the week of M... 30, 2026, Thompson posted a video to a social med... site where he stated that certain buses were ... ing put to passenger service with safety defects. By these actions, Thompson jeopardi... d a n... of Bus Maintainers/ TWU Members w... w subject to discipline, because Management is a... of the video/posting. Moreover, Thompson's actions i... terfered with the ab... ty of the e... d officers in each o... the subdivisions in the Department of Buses (TA/OA) and caused

Management to refuse to honor an unwritten understanding between them and the elected officers to address the same situation he unilaterally decided to interfere with.

The video clearly purports to be a statement of Local 100 policy attacking TA President Demetrius Crichlow, when in fact there was no approval from the Union Leadership to distribute the material(s) he posted. By his actions, Thompson has violated TWU Constitution XIX(5)(a), (5)(k), and (5)(n) when he violated the Local Union's working rule and L.100 By-Laws Article IV not to interfere with or involve himself in the affairs of other Departments; subjected to discipline members of the TWU when he gave Management the excuse to blame TWU members for allegedly faulty maintenance; overstepped his bounds by undermining the elected officers who made arrangements with Management to service the vehicles with members performing the work; posting the materials on social media in a manner that creates the impression that he speaks for the entire Union without the authority to do so.

We demand that the Executive Board convene a Trial Committee to hear these charges.

Fraternally,

Donald Yates

Gary Rosario

Scott Steinberg

Daniel Ascona