**TRANSPORT WORKERS UNION**
**OF GREATER NEW YORK • AFL-CIO • LOCAL 100**

**John V. Chiarello** *President*
**Carlos Bernabei** *Secretary Treasurer*
**Shirley Martin** *Recording Secretary*
**Alexander Kemp** *Administrative VP*

RECEIVED
JUN 23 2026
Office of the Recording Secretary

Shirley Martin
Recording Secretary
TWU Local 100
195 Montague Street
Brooklyn, New York 11201

June 23, 2026

Re: Charges Against Tramell Thompson For Violation of Article XVI of the Bylaws

Dear Sister Martin:

I wish to press Charges against Local 100 Member Tramell Thompson pursuant to Article XIX Section 5(a) of the TWU Constitution, as follows:

1. Article XVI of the Local 100 Bylaws states at Section e

   (1) All collections of funds, from members, by union officers, and staff, are subject to rules set by the Executive Board. This shall apply to collections for retirement dinners, charities, benevolent organizations, or to provide assistance to a member or members.
   (2) When union officers, representatives or staff are involved in the collection of funds, the purpose of such collections shall be clearly stated to the members being solicited and the use of such funds shall be limited to the purposes stated.
   (3) Records of collections and expenditures from such collections must be kept by those officers, representatives, and/or staff organizing a collection among the membership, and such records must be available for review by any member who

D/N

makes a contribution, or by the Office of the President, or by the Financial Secretary Treasurer.

2. On April 24, 2026 Tramell Thompson held what he called an "MTA vs Everybody Bowling Party," at which he and a member who calls himself "MTA Rocky" charged attendees $25. This is what his Facebook ad said:

> Tramell Thompson & @mta_rocky
> bringing the city together for the
> OFFICIAL SURFACE & SUBWAY BOWLING TAKEOVER
> Woodmere Lanes
> Friday, April 24
> Doors open 7:30PM

3. This posting was viewed by 24,000 people according to Facebook.

4. By this posting Thompson was clearly soliciting other members of TWU Local 100. And he even called it an "Official" event.

5. Given these facts, on May 27, 2026, I requested that Thompson submit a report on all collections and expenditures, including the names of all contributors, by June 8, 2026. My letter is attached.

6. Via an attorney, Thompson requested an extension through June 12,2026.

7. No report has been received.

8. Thompson held another similar event on June 19, 2026, and clearly believes that he is not accountable, as an officer, to Local 100.

Given these facts, Thompson has violated a provision of our Bylaws, which is a chargeable offense pursuant to Article XIX Section 5(a) of the TWU Constitution. I request that the Trial Board assess an appropriate penalty.

Sincerely,

Carlos Bernabel
Financial Secretary-Treasurer

RECEIVED
JUN 23 2026
Office of the Recording Secretary