advocates
for justice
chartered attorneys

Arthur Z. Schwartz
Principal Attorney

aschwartz@afjlaw.com

225 Broadway, Suite 1902
New York, New York 10007

t. (212) 285-1400
f. (212) 285-1410

www.afjlaw.com

August 19, 2026

By ECF
Hon. Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Thompson v. NYC Transit Authority
1:26-cv-03393
Correction to Link Provided In August 16 Letter

Dear Magistrate Judge Scanlon:

In our August 16 letter we discussed an online 1.5 hour on-air monologue posted on You Tube by Plaintiff, mostly to illustrate how little he is being chilled. The on-line link we set out was incorrect. It is https://www.youtube.com/watch?v=a55_m-TeAjo . That post is called the "*Dark Side of TWU Local 100*." . We have also attached a transcript produced by You Tube. His statement about not running for President is at 46:28.

Respectfully submitted,

*Arthur Z. Schwartz*

Arthur Z. Schwartz

cc: All counsel of record by ECF