**The Darkside of TWU Local 100** https://www.youtube.com/watch?v=a55_m-TeAjo

Progressive Action
11.1K subscribers
149 Likes
2,074 views Streamed live on Aug 12, 2026

What's going on everyone?
0:02
2 seconds
Welcome to the Progressive Action TV show. And we starting on time tonight.
0:11
11 seconds
We definitely starting on time tonight.
0:17
17 seconds
And this is basically part two. If you ain't seen part one, I filmed that last week. It's two hours and change. This
0:26
26 seconds
show, I promise you, will not be that long.
0:33
33 seconds
Now, last week, we was having a couple of issues. I'm paying close attention to my phone today. I will be paying close
0:42
42 seconds
attention to my phone today just to make sure that we won't have those issues that we had last week. I don't know what happened last week.
0:52
52 seconds
I'm not trying to figure out what happened last week. I think I know what it was. But hopefully the qu the the issues are resolved. In fact, let me check right now.
1:03
1 minute, 3 seconds
All right. It sounds good. It sounds good right now. But I want to jump straight into this cuz this is um we
1:11
1 minute, 11 seconds
dealing with some serious stuff in TWWU Local 100. We're talking about
1:19
1 minute, 19 seconds
contract after contract being sold out, a reshuffleling of the players,
1:28
1 minute, 28 seconds
a lot of tom foolery, a lot of circle jerking, an extremely lot of going along to get along.
1:41

1 minute, 41 seconds
And let me tell you something. It's so easy to dispute these people allegations.
1:49
1 minute, 49 seconds
[clears throat]
1:52
1 minute, 52 seconds
It It's insane. Like, ever since I said, you know what, I'm not going to take the marginalization anymore, the union has activated all of their fake pages.
2:04
2 minutes, 4 seconds
So, you see a lot of fake pages with um propaganda of me. I'm going to address that today because you guys
2:12
2 minutes, 12 seconds
deserve the truth. Y'all need to know what's really going on in this local.
2:17
2 minutes, 17 seconds
And they would do everything in their power to attempt to silence me, to discredit me, to do everything. All
2:25
2 minutes, 25 seconds
right. Now, before I even get into any of that that mess, right,
2:32
2 minutes, 32 seconds
I want to talk about um union attorney Arthur Schwarz cuz Arthur Schwarz, he has a lot to say.
2:45
2 minutes, 45 seconds
And um I I didn't even decide to promote him on either one of my shows because I
2:53
2 minutes, 53 seconds
I believe that Arthur Schwarz deserves his own show. Like we go talk about everything with Arthur Schwarz, right?
3:02
3 minutes, 2 seconds
And Arthur Schwarz um is the type of individual. Let me see. Um, matter of fact, let me see if I
3:09
3 minutes, 9 seconds
could get a picture of him up on the screen while we're while we're talking about him so y'all can know exactly who I'm talking about.
3:21
3 minutes, 21 seconds
Let me see if I get a picture of him.
3:28
3 minutes, 28 seconds
Go to images real quick on Google. Um, yeah. Let me show you guys this.
3:38
3 minutes, 38 seconds
This is This is Arthur Schwarz.
3:42
3 minutes, 42 seconds

Let me just make the picture a little bigger.
3:48
3 minutes, 48 seconds
Let me see. Um, how do I get to that's in the New York Post?
3:53
3 minutes, 53 seconds
Let me just pull this picture up of Arthur Schwarz because I just want everybody to see who he is.
4:02
4 minutes, 2 seconds
The kind of person we're dealing with here.
4:06
4 minutes, 6 seconds
So, this is Arthur Schwarz for everyone who doesn't know, [clears throat] right? I don't even know what this article is about. Let me see what this
4:13
4 minutes, 13 seconds
article is about. Lawyer agrees to pay for removing cameras and clients apartment building. All right, it's nothing crazy there. But Arthur Schwarz,
4:22
4 minutes, 22 seconds
I'm not going to lie, he's very great at what he does, right? Arthur is one of the best in this labor movement.
4:34
4 minutes, 34 seconds
I'm not here to take anything away from him regarding that. Nothing away from him regarding that. Arthur Schwarz is one of the best [clears throat] um in this business.
4:47
4 minutes, 47 seconds
And to be one of the best, you got to know how to swim around these sharks. And you know, Arthur Schwarz is
4:56
4 minutes, 56 seconds
a shark. You got to learn how to swim around Arthur. You must know how to swim around Arthur.
5:03
5 minutes, 3 seconds
Now, before I get into the Arthur Schwarz story, I'mma be reading comments live
5:10
5 minutes, 10 seconds
um specifically on YouTube. Anybody who drop a super chat,
5:17
5 minutes, 17 seconds
um, I think that you guys should deserve to get your comments read or or questions answered. So, if you drop a super chat on YouTube, I will be reading
5:26
5 minutes, 26 seconds
your comments live. That's going to be something that I'm going to be doing moving forward, right? But Arthur SW Oh, before I even get into that, do y'all
5:35
5 minutes, 35 seconds
see my sign right here? My This thing is dope, man. This is a MTA thing. This thing is dope. You know, dope is dope at

5:42
5 minutes, 42 seconds
the end of the day. But with Arthur Schwarz right [clears throat] now,
5:50
5 minutes, 50 seconds
Arthur, like I said, he is a shark. He's good at what he do, but he's one of the dirtiest
5:58
5 minutes, 58 seconds
dirtiest players there is. He act like he's your friend. And meanwhile, just like the rest of them, the knife is in
6:05
6 minutes, 5 seconds
your back. And now, I never thought that Arthur was my friend. And I'm going to be 100% honest with you. I never in a million years thought that Arthur Schwarz was my friend.
6:18
6 minutes, 18 seconds
Now, the people in the union probably think that Arthur Schwarz was their friend. Now, let me tell you something about Arthur Schwarz. For those who
6:26
6 minutes, 26 seconds
don't know, I just bought a federal lawsuit against the MTA and the union, right?
6:34
6 minutes, 34 seconds
I want you guys to take a wild guess on whose idea you thought it was for me to bring this federal lawsuit.
6:44
6 minutes, 44 seconds
Can you guys take a wild guess as to who you think idea was for me to bring this lawsuit?
6:53
6 minutes, 53 seconds
Yes, it was Arthur Schwarz's idea for me to bring this federal lawsuit. Right.
7:03
7 minutes, 3 seconds
Yeah, the same Arthur Schwarz that works for Local 100.
7:07
7 minutes, 7 seconds
Arthur Schwarz also told me since he wants to tell everything or think that he's telling everything, but he's going to get in he's going to get into some a
7:14
7 minutes, 14 seconds
mess. Arthur Schwarz was also the one who told me that Dennis Engel, the Union
7:21
7 minutes, 21 seconds
general counsel, cannot fight his way out of a wet paper bag. He also said that Dennis Engel hates two people.
7:32
7 minutes, 32 seconds
I'm number one and Arthur Schwarz being number two. So Arthur in his own little way, yes, he told me
7:41
7 minutes, 41 seconds

to bring the federal lawsuit against the MTA when I actually got an attorney and and actually um I'm going to get a
7:48
7 minutes, 48 seconds
little bit more into Arthur Schwarz. Um, when I spoke with my attorney, my attorney was like, "No, it's something
7:56
7 minutes, 56 seconds
here with the union, too." Both of them getting sued. So, Arthur was the one pushing me, "Hey, Trel, did you file your federal lawsuit yet?" So, that's
8:04
8 minutes, 4 seconds
why the reason that's one of the reasons why the union is involved in this lawsuit is because when I did
8:11
8 minutes, 11 seconds
get um when I took Arthur's legal advice about what type of file to claim against
8:17
8 minutes, 17 seconds
the MTA, um when I finally got an attorney, that attorney said, "No, we going to sue both the union and the
8:25
8 minutes, 25 seconds
MTA." Um, Arthur also, like I said, he didn't like Dennis Engel. He said Dennis Engel can't fight his way out of a wet paper bag.
8:38
8 minutes, 38 seconds
Um, Arthur also when when he was looking at my article 75 case, he said that
8:46
8 minutes, 46 seconds
Trel, you actually have standing. It's in the contract. He gave me um the part of the contract where he said that I
8:52
8 minutes, 52 seconds
could use to give to have standing. And he said, "Tell your attorney to get Dennis Engle out of here because Dennis
9:01
9 minutes, 1 second
Engle is nasty and he's fighting you harder than what the MTA is fighting you." That's where I got that from. That
9:08
9 minutes, 8 seconds
came from Arthur Schwarz. So Arthur's legal advice to me was to get Dennis Engel off of the lawsuit so you could fight one-on-one with the MTA.
9:19
9 minutes, 19 seconds
So it it's it's weird how um
9:26
9 minutes, 26 seconds
this one hates this one, this one hates that one. The enemy of my enemy is my friend.
9:35

9 minutes, 35 seconds
And they all stabbing each other in the back. They all stabbing each other in the back. And it's um
9:43
9 minutes, 43 seconds
it's quite interesting to watch, right? It's quite interesting
9:51
9 minutes, 51 seconds
to watch. Now, y'all seen the the title of the show, The Dark Side of TWWU. That that side is
9:59
9 minutes, 59 seconds
that side is dark, right? That side is dark.
10:04
10 minutes, 4 seconds
And um we going to like I said, I'm going to do a separate show about Arthur Schwarz, right? a separate show with Arthur Schwarz and we going to get into
10:13
10 minutes, 13 seconds
the nitty-gritty with him. Now, I'm just let me know. Let me know in the comment.
10:19
10 minutes, 19 seconds
I need to know in the comments. I don't care where you writing this at. Do I sound good? Is everything working as
10:27
10 minutes, 27 seconds
designed? Just let me know in the comments. I just need to see in the comments before I take the deep dive and give you guys the information of
10:36
10 minutes, 36 seconds
um what's really happening once again with the Eboard. The Eboard is a major problem in TWWU Local 100 as far as how
10:44
10 minutes, 44 seconds
it's controlled. I want to talk to you guys about the contract spoof, right? and and and
10:52
10 minutes, 52 seconds
it's sad that President Cherello is trying to
10:59
10 minutes, 59 seconds
what I would say um three car monty smoke screen and mirrors
11:07
11 minutes, 7 seconds
um deceit deceive us.
11:16
11 minutes, 16 seconds
It It's sad that they trying to do that.
11:17
11 minutes, 17 seconds
And I'm, like I said, I'mma take you guys through the marginalization, how they was trying to marginalize me. This entire my entire VP. People think, "Oh,
11:26
11 minutes, 26 seconds

Tal, I seen pictures of you with um the president and everything seemed happy."
11:34
11 minutes, 34 seconds
It seemed happy because I was putting the members first. They never had no intention to put the members first. They
11:41
11 minutes, 41 seconds
the type of people who they want to they want to spank you and they don't want you to talk about it.
11:48
11 minutes, 48 seconds
They want you to take your punishment in silence. And let me tell you something, everyone who has ran up under the progressive action banner has faced this
11:56
11 minutes, 56 seconds
same type of dilemma. The difference between them and me is that I'm not folding. I'm at some point enough is enough.
12:07
12 minutes, 7 seconds
And I reached that point. And I'm here to tell you guys about that
12:13
12 minutes, 13 seconds
100%. Now, let's get into the video with the president. He went to the Bangladeshi um event. And shout out to my Bangladeshi brothers and sisters.
12:24
12 minutes, 24 seconds
I mean, it's I don't know if you ever went to a Bangladeshi event. It's one of the best times ever. The food is good.
12:32
12 minutes, 32 seconds
They got like some chickpea soup that's a little spicy. I could eat that all all day. If my Bangladeshi community is
12:40
12 minutes, 40 seconds
watching this, can somebody please make me that chickpea soup that y'all I want that. But um President Cherello went to
12:47
12 minutes, 47 seconds
the Bangladeshi community and lied in their face. I won't even say lied. Let's not say lie.
12:58
12 minutes, 58 seconds
He played the deceit game, the three car monty game, the smoke screen and mirrors game, the snake, what they what they say
13:06
13 minutes, 6 seconds
snake all you salesman. Let's get straight into this video and then let's discuss it.
13:11
13 minutes, 11 seconds
No mistake about it. They would farm out our work. They would give it to AI. They would cut every job they can to save
13:18
13 minutes, 18 seconds

money. To them, you're a number, but to us, you're a human being. And you are the reason why I'm the president. So I
13:25
13 minutes, 25 seconds
stand on the shoulders of everybody here and I support the Bangladeshi community.
13:30
13 minutes, 30 seconds
So let's talk about let's talk about the contract and and this is all real stuff. So people say oh
13:37
13 minutes, 37 seconds
where's the contract? That's easy to say. So if you want to pay instead of 2% 4% for medical benefits I can settle
13:47
13 minutes, 47 seconds
that contract right now. I'm not doing that. They want to give 2% raises and then build. Say it again.
13:56
13 minutes, 56 seconds
Say it again.
13:58
13 minutes, 58 seconds
We're not settling for that. We have to at least meet inflation.
14:03
14 minutes, 3 seconds
We are falling behind. As billionaires get richer and richer. Our pockets stay the same. We have an excellent medical
14:12
14 minutes, 12 seconds
package. That's why I came here. Why should we take a diminishment? I say no.
14:18
14 minutes, 18 seconds
Are you with me? So the only way I do that is to stand and fight. But I could only fight as strong as my weakest
14:26
14 minutes, 26 seconds
members. So I stay here today with you supporting you and knowing you support me and that means everything to me. So we will not stop fighting until we have
14:35
14 minutes, 35 seconds
a contract. As Kelly said, everything's going to be retroactive. We lose nothing. But more importantly, and this
14:42
14 minutes, 42 seconds
is for the new people. This is for the new people because I've been here a minute now. You see my hair? It wasn't always gray. Okay, for the new people,
14:52
14 minutes, 52 seconds
more important than a raise, even though it's important, is job security.
14:57
14 minutes, 57 seconds
They will give money to eliminate work, but as a union leader, every job we lose is a body and a member. So, we don't

15:05
15 minutes, 5 seconds
want the AI, we don't want contractors, we don't want any of that stuff.
15:10
15 minutes, 10 seconds
Now, let's let's break down some of the things that he said and and I'm going to let you guys know what the truth is. Um,
15:18
15 minutes, 18 seconds
he said that the MTA wants to give us 2% raises.
15:24
15 minutes, 24 seconds
The MTA budgets 2% raises every contract cycle. So, he's right about that. The
15:31
15 minutes, 31 seconds
MTA want to give us 2% raises. They they they they yeah, they budget 2%. But the sad part about that is if the MTA
15:40
15 minutes, 40 seconds
already accounts for 2%, look, we got to give them 2% raises. We already account for that. And then the union comes with
15:48
15 minutes, 48 seconds
2.5, 3.5.
15:52
15 minutes, 52 seconds
You only can get a half a percentage or maybe one percentage point above what the MTA was already willing to give us
15:59
15 minutes, 59 seconds
in the first place. Is that symbolic of a strong union, strong leadership, a union that's fed by the MTA?
16:10
16 minutes, 10 seconds
No, it doesn't. It doesn't say that.
16:13
16 minutes, 13 seconds
Right now, let's talk about he said our raises must meet inflation.
16:21
16 minutes, 21 seconds
He got this all twisted, right?
16:24
16 minutes, 24 seconds
Why would our raises meet inflation? So, let's just say flation is inflation is 2.5.
16:32
16 minutes, 32 seconds
We ain't supposed to meet inflation.
16:35
16 minutes, 35 seconds
We are supposed to beat inflation because we are so f far behind the eightball right now.
16:45
16 minutes, 45 seconds

Even if we meet inflation from contract to contract to contract, we are still behind
16:52
16 minutes, 52 seconds
because up under the Stand United leadership, I believe we took what 1% or zero where
17:01
17 minutes, 1 second
we went a couple of years without a contract.
17:06
17 minutes, 6 seconds
So, how can we constantly meet something?
17:10
17 minutes, 10 seconds
And let's think about it like this. I believe CO that CO contract was the contract where
17:19
17 minutes, 19 seconds
we were supposed to get all the gains that we needed. Transit workers sacrificed so much during that time. So much
17:28
17 minutes, 28 seconds
where we had the most deaths than any one city, any one agency in the world.
17:35
17 minutes, 35 seconds
Not only in America, the world. Only one.
17:40
17 minutes, 40 seconds
one and that's insane. We supposed to catch up from there. But we are not supposed
17:48
17 minutes, 48 seconds
to meet inflation. We supposed to beat inflation. So that right there tells you where President Cherello's mindset is at.
17:58
17 minutes, 58 seconds
He's not ready to fight. His whole goal is I just want to meet inflation. Right now inflation, you got two you got
18:06
18 minutes, 6 seconds
different ways to look at inflation. You could look at inflation for the year, the average for the year. You could look at inflation from month to month. So
18:14
18 minutes, 14 seconds
what part of inflation would he be looking at to meet? Cuz he ain't looking to beat it. He said me. That's very,
18:22
18 minutes, 22 seconds
very, very important. And he's not looking to fight. He just wants to meet inflation. And he's talking about billionaires. Why is he interjecting?
18:32
18 minutes, 32 seconds
He's sounding like the DSA right now.
18:34
18 minutes, 34 seconds

Why is Cherello interjecting billionaires into our conversation?
18:42
18 minutes, 42 seconds
I don't give a damn what billionaires are doing.
18:47
18 minutes, 47 seconds
And and and that's and that's the the the the mind screwing that these guys are doing to us. Why are we woring about
18:54
18 minutes, 54 seconds
billionaires? I'm more focused on wow NYPD makes more than us. Sanitation makes more than us. Corrections make more than us.
19:04
19 minutes, 4 seconds
teachers make more than us. Their pensions are better than ours.
19:10
19 minutes, 10 seconds
They are 22 or I mean matter of fact they went back down to 20 and out. Am I correct? Or somewhere around there.
19:18
19 minutes, 18 seconds
Their medical is not is is if it's not equal to ours is better.
19:25
19 minutes, 25 seconds
So why is he talking about millionaires and billionaires?
19:31
19 minutes, 31 seconds
They should not be interjected into our conversation. I'm more focused on why we can't keep up with other city agencies,
19:40
19 minutes, 40 seconds
especially city agencies where where they have strong unions. Fire department strong union, NYPD, strong union,
19:48
19 minutes, 48 seconds
sanitation, strong union. Even though I get messages from people from these agencies every single day because you can't make everyone happy and things are not as strong as people think it is.
20:00
20 minutes
Stronger than local 100. So I don't want to hear anything about billionaires getting richer. And
20:08
20 minutes, 8 seconds
he talks about he's only as strong as his weakest link.
20:14
20 minutes, 14 seconds
But the issue is what happens when the leadership is the is the weak link?
20:20
20 minutes, 20 seconds
The leaders, the leadership is the weak link. He's talking about meeting inflation, not beating
20:29
20 minutes, 29 seconds

inflation. He's talking about meeting inflation.
20:35
20 minutes, 35 seconds
It makes absolutely no sense to me. And then the major part of it all, and I made a video about this the other day,
20:42
20 minutes, 42 seconds
he's talking about um everything is retroactive. we lose nothing. That is
20:50
20 minutes, 50 seconds
1,000% a lie. That's a 1,000% lie. Matter of fact, let me see
20:59
20 minutes, 59 seconds
something real quick. I'mma I'mma try to go to my video where I'm talking about that in case y'all didn't see it.
21:08
21 minutes, 8 seconds
Let me see if I could play that video for you guys real quick.
21:13
21 minutes, 13 seconds
Um, how do I get to Let me see if I get to my videos. I never did this before. I'm gonna try to
21:20
21 minutes, 20 seconds
bring it on. Um, Oh, yeah. I see it right here. All right. Let me let me play this video for
21:28
21 minutes, 28 seconds
you guys because this is this is insane what he's talking about. Um, let's talk about it. Let's talk about it. Let me just let me just put this on the screen for you guys.
21:43
21 minutes, 43 seconds
Let me play this video. See if it plays. Leadership. Check it out.
21:52
21 minutes, 52 seconds
Means everything to me. So, we will not stop fighting till we have a contract.
21:56
21 minutes, 56 seconds
As Kelly said, everything's going to be retroactive. We lose nothing.
22:00
22 minutes
The president of Local 100, John Cherello, said everything is going to be retroactive. We lose nothing. We lose nothing. members. Let's talk about what
22:07
22 minutes, 7 seconds
that actually means. Because leadership shouldn't tell you just what sounds good. Leadership should tell you the truth about your money. Let's say this contract take 2 years to settle. And
22:15
22 minutes, 15 seconds
when it's finally settled, you're owed $10,000 in retroactive pay. But here's the question that needs to be asked.
22:21
22 minutes, 21 seconds

What was your money worth while they were holding it? Because during those two years, your landlord didn't wait for retro. Your mortgage company didn't wait for retro. Your credit card company
22:29
22 minutes, 29 seconds
didn't wait for retro. Carison damn sure didn't wait for retro. And the supermarket didn't tell you, "Don't worry, brother. to pay us when the contract gets settled. No. Everybody
22:37
22 minutes, 37 seconds
wanted their money on time. But somehow we're supposed to believe getting our money late means we lose nothing. Come on, man. That's not economics. That's a
22:44
22 minutes, 44 seconds
sellout slogan. If that $10,000 belonged to you over those two years, you could have paid down debt. You could have saved it. You could have invested it. You could have used it for your family.
22:53
22 minutes, 53 seconds
Instead, someone had the benefit of holding money that should have been reflected in your wages. And unless that retro comes with interest, who's paying you for the time? Because money has
23:01
23 minutes, 1 second
value. And time has value, too. And once that time is gone, retro doesn't give it back. But here's where this gets really interesting. Listen to what John Cherello said here.
23:10
23 minutes, 10 seconds
We have to at least meet inflation. We are falling behind.
23:15
23 minutes, 15 seconds
Pause. Wait a minute. You can't use inflation to explain why we need bigger raises. Then pretend inflation disappears when you're explaining to members why they shouldn't worry about
23:23
23 minutes, 23 seconds
waiting for those raises. Inflation is eating into your purchasing power right now. So, if I'm owed $10,000 today and you give me that same $10,000 2 years
23:31
23 minutes, 31 seconds
from now without interest, don't tell me the passage of time has zero economic consequence. That's the difference between receiving the same number of dollars and actually being made
23:40
23 minutes, 40 seconds
economically whole. Those are not necessarily the same thing. And that is how a president should explain retroactive pay to a membership. Not with slogans, not with deceit, but with
23:49
23 minutes, 49 seconds
facts. I'm not telling members that retroactive pay is bad. I'm telling members what retroactive pay actually does. If the raises are fully retroactive, you could recover the
23:57
23 minutes, 57 seconds
contractual wage difference. Good. But don't insult the intelligence of this membership by reducing a complicated financial issue to we lose nothing.
24:05
24 minutes, 5 seconds

Because my position is simple. If members earned it, members deserve it.
24:08
24 minutes, 8 seconds
If members are owed it, members should receive it. And if members had to wait for it, then Cherello should at least have the courage to acknowledge that waiting has a cost. So the next time
24:16
24 minutes, 16 seconds
Cherello tells you or any one of these sellouts tell you, "Don't worry, it's retro, we lose nothing." Just ask them one question. Then where's the interest?
24:23
24 minutes, 23 seconds
And watch how quickly the conversation changes. Whoever gave Cherello the advice to come after me, bad, bad mistake. I does this for real, not for fake.
24:33
24 minutes, 33 seconds
This is why unions are in trouble today because of poor leadership. Check it out.
24:39
24 minutes, 39 seconds
He He got to be He got to be insane.
24:43
24 minutes, 43 seconds
Talking about retroactive pay, we lose nothing. We lose a lot.
24:51
24 minutes, 51 seconds
We lose a lot.
24:54
24 minutes, 54 seconds
So I I don't even understand what is he's talking about.
24:59
24 minutes, 59 seconds
We lose a lot. Out of out of his mind.
25:06
25 minutes, 6 seconds
Out of his mind. And you know what's so crazy? Now I'm I'mma be very honest. I said this on the last show.
25:13
25 minutes, 13 seconds
I don't think that Cherello see look none of these when you speak to these guys when you speak to
25:21
25 minutes, 21 seconds
Cherello you speak to actually one of one of Tony Utano's family members
25:29
25 minutes, 29 seconds
actually told me that UNO love putting the knife in people back and not to trust him. I would never say
25:37
25 minutes, 37 seconds
um uh what happened, but his own family told me that. Now
25:46
25 minutes, 46 seconds
um all of them as Cherello, Tony UNO, I'm quite sure Samson is cool to hang out

25:55
25 minutes, 55 seconds
with. All these guys are very like you could have a conversation with them. You could chop it up. They could make you
26:02
26 minutes, 2 seconds
laugh. Cherello always make me laugh. He got a weird p he got a weird personality, a weird joke structure, you
26:09
26 minutes, 9 seconds
know. Um, it it's very weird some of the things that he doing. It's funny sometime. I I don't I don't think that it's funny. Like I said, I don't think
26:17
26 minutes, 17 seconds
that he's a bad guy, but he's a bad they bad people if that make any sense. Right.
26:25
26 minutes, 25 seconds
So, I want to explain some of the stuff the the because like I said, I got they fake pages activated on the internet.
26:32
26 minutes, 32 seconds
They fake pages been going like berserk, right? So, I want to address some of the stuff because they they they trying to
26:41
26 minutes, 41 seconds
control the narrative. They never could control the narrative. So, they was putting up a picture of me with Cherello
26:50
26 minutes, 50 seconds
holding up the horse sign. It wasn't me holding up the horse sign. It was it was Sharella holding up the horse sign. So, I want to put that up there because they say go along to get along, right? One of
27:00
27 minutes
their fake pages. And and they so stupid to have a fake page right now when I'm going through a lawsuit because we are
27:06
27 minutes, 6 seconds
asking Facebook to subpoena. We subpoenaing. We got a whole list of the fake Facebook pages because we believe
27:14
27 minutes, 14 seconds
it's being ran through somebody from the union or whatever. We're going to get all that information, right? Right?
27:20
27 minutes, 20 seconds
We're going to get all that information and people go just go start telling. That's just how it's going to work.
27:24
27 minutes, 24 seconds
Right? So, they put go on to get along. And let me tell you something about what happened here.
27:34

27 minutes, 34 seconds
I want to tell you guys what happened here. Let me just minimize um let me just duplicate that. Let me just minimize this. I want to keep this on
27:42
27 minutes, 42 seconds
the screen. I want to tell you guys exactly what happened that day. Right.
27:48
27 minutes, 48 seconds
So that day the union president had his assistant send out an email to say
27:54
27 minutes, 54 seconds
mandatory report mandatory report to go to city council
28:02
28 minutes, 2 seconds
member Eric Botcher office because Eric Botcher was going against the horse carriages and I'm going to explain more about the horse carriages in a few.
28:11
28 minutes, 11 seconds
Right.
28:12
28 minutes, 12 seconds
Um, so during that rally, everybody was there. You know, the energy was up. You had some supporters from the horse carriage there. You had the union there.
28:22
28 minutes, 22 seconds
The union was out there strong, right?
28:24
28 minutes, 24 seconds
Real strong. When it come to those horse carriages, the union is not leaving anything on the on the table. They coming out strong. So, they put a
28:31
28 minutes, 31 seconds
mandatory report out that day that every officer had to be there, right? They also had a signin sheet. They wanted to
28:40
28 minutes, 40 seconds
see who didn't come. Now everything there from what I was told was directed towards me. They want me they wanted me to come there.
28:49
28 minutes, 49 seconds
Um because they wanted to show first of all they was trying to in in their own little way embarrass me. It was told
28:58
28 minutes, 58 seconds
that, and I found this out after, make sure that Trel comes to that horse rally because Tal was against us with the
29:06
29 minutes, 6 seconds
horses because I stood with the um uh the people who were saying that the horses was being abused, right,
29:14

29 minutes, 14 seconds
at one time. I I really don't care either which way. I do like the horse thing. I love horses for people don't
29:21
29 minutes, 21 seconds
know. I do love horses. I looked into buying a horse. A horse to maintain a horse in New York City is very expensive. Very exp. There's no way I could have afforded that, right?
29:31
29 minutes, 31 seconds
Especially as a hobby. There's no way I could have done that. Um, so I I go to the rally. I'm just playing the
29:39
29 minutes, 39 seconds
perimeter to be honest. I'm shaking hands. People who've never seen me before. People wanted to meet me. People asking me to take pictures. I'm over
29:46
29 minutes, 46 seconds
there just, you know, just hanging out basically. So Cherello was like, "Hey, Trel." And I and I wish because they had
29:55
29 minutes, 55 seconds
film rolling the whole time. Go to the film. Why don't they put out the film so we can see what really happened?
30:02
30 minutes, 2 seconds
Cherello came. Tal. Hey. Yo, man. You here? Hey, good to see you. So they It's like they had it staged already. When he
30:10
30 minutes, 10 seconds
told me to come to where he was at, it was like a a garbage bin that had I think you could probably see it in this picture. It was a Yeah, you see the
30:19
30 minutes, 19 seconds
signs. It was a garbage bin full of signs. So, Cherello asked somebody who was standing um by the signs. Hey, yo, pass pass him a sign. So, they passed
30:28
30 minutes, 28 seconds
him a sign and he said, "Look, hold this here." He had the picture guy right there said, "Take the picture. Take the picture." And he said it smiling and I
30:36
30 minutes, 36 seconds
put my ar I put my arm around him cuz I found it funny, but I was thinking, "Oh, he he just BSing." Can you guys guess what picture they
30:44
30 minutes, 44 seconds
used to promote that they had the rally at Eric Botcher office? They used that picture right there. So from there, I knew that it was a setup.
30:55
30 minutes, 55 seconds
I knew from there that it was a setup.
30:58

30 minutes, 58 seconds
So I was like, "Ah, this what they did." I I tell you the truth, I ain't really care about it cuz I don't got to explain myself to no one. The horse carriage
31:05
31 minutes, 5 seconds
people, they never hit me up to ask me, "Hey, Tal, what's going on with They never They ain't even care. They already know what type of slime balls the union
31:13
31 minutes, 13 seconds
was, right? So now you got the union minions going online saying that, oh, um, look,
31:22
31 minutes, 22 seconds
he's talking about this, but look what he done here. Yeah. Okay. That's how that happened. Right. Now they also put this up online.
31:34
31 minutes, 34 seconds
He complains that the union communicates the communications department never shows him on their pages. So they put up all of these. It's funny. I've been in
31:44
31 minutes, 44 seconds
office for a year and over a year and a half and the only thing that they could
31:51
31 minutes, 51 seconds
reference is three things, right? There was plenty of events that I went to,
31:59
31 minutes, 59 seconds
speaking engagements, um, where they let all the VPs speak.
32:07
32 minutes, 7 seconds
why that didn't make make it to um the union website.
32:13
32 minutes, 13 seconds
Why didn't that make it to the union website? You want to know why that didn't make it to the union website?
32:18
32 minutes, 18 seconds
Especially the ones where I'm speaking is because the people love me. They can't take that away from me. Right? The members love my type of activism.
32:31
32 minutes, 31 seconds
Right? So, a lot of people say, "Hey, Tal, what happened to your speech at the um contract rally?"
32:39
32 minutes, 39 seconds
They never put the contract rally speech up there. Why? Because when my name was announced, I got the loudest applause
32:45
32 minutes, 45 seconds
out of everyone. In fact, Donald Yates, he tried to he got he um they tried to
32:52
32 minutes, 52 seconds

announce his name twice because normally Maps Stoa is loud. He ain't get no real Map Stowa love out there. the love out
33:00
33 minutes
there that day and I didn't expect for it to be was for Trel Thompson and my level of activism and things that I have
33:08
33 minutes, 8 seconds
done and accomplished um as a transit worker and and and as this new political figure,
33:17
33 minutes, 17 seconds
they never put that out, right? Do you know how many um orientations that I went to that I spoke spoke at? They
33:27
33 minutes, 27 seconds
never put that out, right? And you could ask ask Drummond, right? I don't go to too many um uh
33:36
33 minutes, 36 seconds
orientations with Burke. I went to a couple, but you could even ask ask them.
33:41
33 minutes, 41 seconds
I'm black ball from the union website when they want to blackball me. They just did a whole spread
33:49
33 minutes, 49 seconds
of all it was 160 condu 160 conductors.
33:54
33 minutes, 54 seconds
Guess who got edited out the tape? I got edited out the tape and this is just
34:01
34 minutes, 1 second
what they do. This is what they do. Now, I also seen something else online saying
34:08
34 minutes, 8 seconds
that, oh, Tal is not being marginalized, this and that. Now, this is where the part of the show is going to get spicy.
34:15
34 minutes, 15 seconds
But before I make it spicy, I want to get back to um the horse carriage stuff. Right.
34:22
34 minutes, 22 seconds
To every TWWU Local 100 member out there, I'm telling you right now, the union is fighting harder for this horse
34:30
34 minutes, 30 seconds
carriage issue than they are for our contract.
34:34
34 minutes, 34 seconds
When this horse carriage issue is is taking precedent over the members who actually give us officers these salaries, that's an issue.
34:47
34 minutes, 47 seconds

That's an issue we talking about. They put out um campaign ads. I mean, they put out um TV ads talking about the
34:54
34 minutes, 54 seconds
horse carriage issue. They committed to spending $1 million in ads talking about the horse carriages.
35:06
35 minutes, 6 seconds
Just recently, Trump um temporary protection status went through in which it seemed like a whole bunch of Haitians
35:14
35 minutes, 14 seconds
were targeted because of this. Do you know at least at least
35:20
35 minutes, 20 seconds
10 Haitians lost their job because um Trump ended temporary protective status
35:29
35 minutes, 29 seconds
and you haven't heard a peep out of this union leadership but they worrying about the immigrants and horse carriages over
35:37
35 minutes, 37 seconds
there. And let me make it clear about this horse carriage issue.
35:43
35 minutes, 43 seconds
Who are who and and somebody needs to ask Cherello this. Who are y'all representing in the horse carriages? The managers over there or the horse
35:51
35 minutes, 51 seconds
carriage drivers? Because not every horse carriage driver is a worker. They are owners too.
36:01
36 minutes, 1 second
And when you say they negotiating contract, so you go to the manager of the horse carriage to negotiate a contract against. How does this work?
36:10
36 minutes, 10 seconds
How does this work?
36:14
36 minutes, 14 seconds
Because if I'm a horse carriage driver and I can afford a medallion for the
36:20
36 minutes, 20 seconds
horse carriage and I can afford to maintain a horse and I can maintain to house this horse and then they try to use immigrant.
36:31
36 minutes, 31 seconds
Oh, these are immigrants. Okay. Does immigrant mean poor?
36:38
36 minutes, 38 seconds
I know plenty of Chinese immigrants that come to this country with millions of dollars. I have friends that's Chinese immigrants that have millions.

36:51
36 minutes, 51 seconds
I have friends that is Turkish immigrants that have millions.
36:59
36 minutes, 59 seconds
So they try to throw throw around that, oh they immigrants, they immigrants, they immigrants. Not every immigrant is poor. And I'm not saying that the
37:08
37 minutes, 8 seconds
immigrants or every immigrant in that horse carriage industry has money either. I'm quite sure the union is
37:15
37 minutes, 15 seconds
going to showcase the horse carriage immigrants that are struggling day by day. I'm
37:24
37 minutes, 24 seconds
quite sure they're going to showcase those. But why not showcase the whole entire industry? Like the guy that you celebrated at the union hall and I
37:32
37 minutes, 32 seconds
should have had his picture up here. I think his name is Macka. Ian Mcka or something like that. I had did a show on him a couple of years ago. He's a horse carriage driver and owner.
37:45
37 minutes, 45 seconds
Own a own a couple of horse carriages allegedly. I believe, right? Why y'all not showcasing him?
37:57
37 minutes, 57 seconds
Because it would go against your narrative. And then what the union do with these um with these narratives is
38:05
38 minutes, 5 seconds
guess who they throw in front of the camera to fight that horse carriage issue? Black folk. Just look at the union um Instagram page. Look at their
38:14
38 minutes, 14 seconds
Instagram page. Look at their Facebook page. Look at their Twitter. Anything regarding horses, they are throwing
38:21
38 minutes, 21 seconds
black men and women in front of that issue because they want to sell the immigration cause for that. Let's be 100% clear about that right now.
38:34
38 minutes, 34 seconds
Now, um once again, if you talking, if you commenting on YouTube, if you um comment
38:43
38 minutes, 43 seconds
with a super chat, I will read your comment.
38:47
38 minutes, 47 seconds
Um, let's get into the marginaliz marginalization of me because a lot of people
38:55

38 minutes, 55 seconds
um did not understand what I was going through cuz I was keeping quiet. I wanted to
39:03
39 minutes, 3 seconds
make this work for the members. I still want to make this work for the members.
39:07
39 minutes, 7 seconds
if there's a way possible where there can be peace during this time, especially during this
39:14
39 minutes, 14 seconds
contract time where um I could just focus on the members and
39:22
39 minutes, 22 seconds
they could why they started this fight with me in the middle of a contract is beyond me. The MTA is talking about it.
39:29
39 minutes, 29 seconds
Politicians are talking about it. I don't know why they decided to start this fight with me. Now, let let me just back that up. They actually started the
39:37
39 minutes, 37 seconds
fight with me months ago. Like literally like two, three months into my office, they started this fight with me. It just
39:45
39 minutes, 45 seconds
became enough is enough. I'm not going to be the punching bag that they want me to be. I'm not going to be um anyone else of how they treat people and make
39:54
39 minutes, 54 seconds
them kiss the ring. I'm not that. That's not in my DNA. I'm not doing that.
39:59
39 minutes, 59 seconds
Right? So, I just want to go into a couple of things of how they tried to marginalize me, right? So, before
40:08
40 minutes, 8 seconds
I won my um position as VP of RTO, I was developing some a master class, right?
40:17
40 minutes, 17 seconds
I was developing a master class about how to be or how to do my type of
40:24
40 minutes, 24 seconds
union representation, right? Um, and I wanted to teach you guys everything that I know regarding
40:33
40 minutes, 33 seconds
that, right? I mean, it's an interactive class. There's videos. There's multiplechoice tests. Like I said, you get a certificate after.
40:44
40 minutes, 44 seconds
Um, it it it it's great. It's innovative.
40:48

40 minutes, 48 seconds
It's something that the union never thought about. is something that will replicate my level of union activism, my
40:57
40 minutes, 57 seconds
level of learning and give it to you guys so you could learn, right? So, it cost me a lot of money to do this. It
41:06
41 minutes, 6 seconds
wasn't free. Um, so it was going to be a paid master class, but the information that I'm giving you was invaluable, right? And it was done on my own time.
41:17
41 minutes, 17 seconds
It was done be before I became VP.
41:20
41 minutes, 20 seconds
Um, and it it's it's it's a it's my life.
41:25
41 minutes, 25 seconds
Like I've been advocating for members for years on the front line and I wanted to to do some things, put something
41:33
41 minutes, 33 seconds
together where people could learn how I could do my level of activism, right?
41:39
41 minutes, 39 seconds
So the union sent out, let me let me just pull this up real quick.
41:51
41 minutes, 51 seconds
I want to I'm gonna put it on the screen, but I want to read it from I want to read it from my my phone to
42:00
42 minutes
make sure. I want I want to show you guys exactly how like crazy these folks are.
42:12
42 minutes, 12 seconds
Yeah. So, let me put this on the screen real quick. So y'all, how this is what they did when they found out about my master class.
42:19
42 minutes, 19 seconds
They sent my attorney first of all, they set me down and threatened me with internal union charges, right? Then they
42:27
42 minutes, 27 seconds
sent my attorney this letter to say this letter is in I mean they they told they um they told me I told my attorney my attorney sent them a letter. They wrote
42:36
42 minutes, 36 seconds
this back to my attorney. This letter is in response to your correspondence to date July 25th, 2025. Please be advised
42:44

42 minutes, 44 seconds
that the actions your client intends to take are direct violations of the TWWU constitution and local 100 bylaws.
42:51
42 minutes, 51 seconds
References made to articles uh what's that 19 and 20 was that 24 of the TWW
43:00
43 minutes
institution and article uh 26 of the local 100 bylaws. Mr. Thompson's plan is
43:08
43 minutes, 8 seconds
anti-ethical to any notion of unionism and violates the principles upon which TWWU stands.
43:16
43 minutes, 16 seconds
Furthermore, this unethical scheme to monetize his current position with the release of a master class designed to
43:23
43 minutes, 23 seconds
empower and educate workers on effectively navigating and and addressing challenges with management.
43:30
43 minutes, 30 seconds
violates the rules against taking up a collection from members and is a conflict of interest with his oath for office. I I don't need to read no more.
43:40
43 minutes, 40 seconds
Can somebody explain to me what is the conflict of interest for a personal project? Can somebody
43:49
43 minutes, 49 seconds
please explain to me um they said violates the rules against taking up a collection. Who the hell
43:57
43 minutes, 57 seconds
takes up a collection for a master class? This is not a go for me. This is not um somebody died and I'm taking a
44:04
44 minutes, 4 seconds
collection to bury them. There's no collection. If members want to invest in their education further, then they should be allowed to as private citizens
44:13
44 minutes, 13 seconds
and they do have that right. Now, my attorney at the time was telling me, "Look, Tal, just just launch the class.
44:20
44 minutes, 20 seconds
There's nothing that they could do to you." But me wanting to be the peacemaker said that um
44:29
44 minutes, 29 seconds
I'm not going to launch the class because once again I was putting the members first. Now I want to read the super chat real quick from LJ Fashions
44:39
44 minutes, 39 seconds

LLC. How does 40,000 dues paying members that puts over 35 million into the union
44:45
44 minutes, 45 seconds
coffers get sidelined over a few horses in Central Park? That is a great question and I advise you to ask your
44:55
44 minutes, 55 seconds
this what I want y'all to do. Any questions that y'all ask because of my show if and if you bold enough, right?
45:06
45 minutes, 6 seconds
Because we need more people who are bold, who's willing to ask questions.
45:11
45 minutes, 11 seconds
Ask your union reps questions and record them and give me their answers. I will play it on the show. Ask them straight up questions.
45:20
45 minutes, 20 seconds
LJ Fashions, I want you to ask them that question.
45:25
45 minutes, 25 seconds
Ask them, why is the Union administration putting horses before the men and women of Central Local 100?
45:34
45 minutes, 34 seconds
That's a great question and [clears throat] thanks for the super chat.
45:39
45 minutes, 39 seconds
But yeah, I decided not to launch the master class.
45:44
45 minutes, 44 seconds
Um, and that's what happened. Now I'm about to tell show you guys something else of how they attempting to
45:52
45 minutes, 52 seconds
marginalize me and their their reasons for trying to marginalize me was because they don't want me to get bigger than
45:59
45 minutes, 59 seconds
them. But it don't take much to get bigger than them. It don't take much.
46:05
46 minutes, 5 seconds
Only thing you got to do is just fight for the members and you're bigger than them. Anybody could be bigger than them.
46:11
46 minutes, 11 seconds
But I instill fear in them because they in their mind, I'mma take the union away from them. I'mma get rid of their gravy train. I'm I'mma clear this thing up.
46:22
46 minutes, 22 seconds
And they do not want that. And I'm going to be 100% honest. I did not want to run

46:29
46 minutes, 29 seconds
for union president at all. That was not my intention. I'm being 100% honest and
46:38
46 minutes, 38 seconds
100% sincere. I love being the VP of Local 100. I I love it here. Right. It's the place to be.
46:49
46 minutes, 49 seconds
Now, I want to move on to the second part of how they tried to marginalize me. And like I said, this is going to
46:57
46 minutes, 57 seconds
blow y'all mind. So, I don't think I don't know if you guys remember, but I had made a post about um and this came
47:05
47 minutes, 5 seconds
from I don't know if this came from one of their fake pages, but I had made a post saying that I was going to do a
47:12
47 minutes, 12 seconds
show with a credential financial advisor um Armando Patino to break down um the
47:20
47 minutes, 20 seconds
money moves that matter most. We just going to talk about asset protection, investment and retirement, IRA, 401ks,
47:28
47 minutes, 28 seconds
mutual funds. We going to talk about business planning, asset management, and estate planning. We never had that
47:36
47 minutes, 36 seconds
before. And once again, once again, I was doing this not in the capacity of
47:45
47 minutes, 45 seconds
VP, right? I was doing this in the capacity of educating my community,
47:54
47 minutes, 54 seconds
right? Because nobody never educated me on finance, right? Except when I got to
48:01
48 minutes, 1 second
meet financial people and they teach me how to invest my money, how to do these different things. And if I'm learning
48:08
48 minutes, 8 seconds
all of this cool stuff, I'm like, "Hey, I want to teach the people this, right? I want to teach the people this.
48:19
48 minutes, 19 seconds
I think that the people should know how to invest their money. Don't you guys think so?
48:24
48 minutes, 24 seconds

Right? Write yes in the comments if you think that um learning how to invest and save your money and handle your money is a priority for you. And this is
48:33
48 minutes, 33 seconds
something that the union don't even offer. And like I said, it had nothing to do with the union. Would you believe
48:42
48 minutes, 42 seconds
um let me let me pull it up for myself to read. I want to pull it up for myself to read.
48:48
48 minutes, 48 seconds
Uh, is this it?
48:54
48 minutes, 54 seconds
Would you believe that Dennis Engel went out of his way,
49:01
49 minutes, 1 second
right, to send Armando Patino this letter, right,
49:09
49 minutes, 9 seconds
and told him, "This firm is counsel to local 100. It has come to our attention that you are scheduled to team up with
49:17
49 minutes, 17 seconds
Progressive Action Trel Thompson to discuss money matters on an internet TV show. Please be advised that Mr.
49:24
49 minutes, 24 seconds
Thompson is not authorized to speak on behalf of Transport Workers Local 100 or its membership on any matters related to
49:32
49 minutes, 32 seconds
the topics listed in the attached screenshot. The screenshot I showed you was was just on the screen. If any
49:39
49 minutes, 39 seconds
representation were made to you about Mr. the Thompson's authority to speak for local 100 or its members, please
49:46
49 minutes, 46 seconds
advise immediately. Additionally, any financial renew renumeration given to either Mr.
49:54
49 minutes, 54 seconds
Thompson and or Progressive Action may be reportable to the United States Department of Labor pursuant to the
50:00
50 minutes
instructions contained on the OMS fact sheet filing form LM30, which requires union officers to make public any actual
50:10
50 minutes, 10 seconds

or likely conflict between their personal financial interest and their obligations to union and its members.
50:18
50 minutes, 18 seconds
Um, so now imagine that people
50:24
50 minutes, 24 seconds
imagine that Dennis Engel who as I said time and time again.
50:33
50 minutes, 33 seconds
Do I have a picture? I'm put a picture of him on the screen. Let Let me put this letter on the screen for right now.
50:39
50 minutes, 39 seconds
Dennis Engel, as I said time and time again, I believe he's the he's the real president of this union.
50:49
50 minutes, 49 seconds
I believe he's the real president of this. Let me put his picture on the screen. He went out of his way
50:56
50 minutes, 56 seconds
to send Arando that letter, right?
51:03
51 minutes, 3 seconds
And this is something once again I never mentioned doing the any of my outside activities. I never mentioned the union.
51:12
51 minutes, 12 seconds
I never mentioned TWWU, right? I never even mentioned like the members as they stated, right? So, you're telling me
51:21
51 minutes, 21 seconds
that I cannot um that I cannot
51:30
51 minutes, 30 seconds
do my own personal show about finances to educate my base, to educate my
51:40
51 minutes, 40 seconds
followers, right? We had a 100,000 followers right now on Instagram. We had 70,000 on Facebook. We had like 20,000 on Tik Tok.
51:51
51 minutes, 51 seconds
We had over 10,000 on you 11,000 on YouTube somewhere around there. We over 10,000 on Twitter.
51:59
51 minutes, 59 seconds
I can't educate my fan base because whatever reasons that y'all don't want
52:08
52 minutes, 8 seconds
the people to have financial literacy.
52:14
52 minutes, 14 seconds

They want you to be dumb. So when they tell you that you don't lose nothing during retro, you could believe it. You
52:21
52 minutes, 21 seconds
won't challenge them. And first and foremost, Armando is a friend.
52:34
52 minutes, 34 seconds
So what are they talking about?
52:38
52 minutes, 38 seconds
Right? It wasn't no business. It wasn't no money exchange.
52:42
52 minutes, 42 seconds
He educates me every time I see him. And I say, "Yo, the people need to hear this. Let's do a let's do a show so you
52:52
52 minutes, 52 seconds
could tell them the same thing you talking to me. Free advice that I was
53:00
53 minutes
amplifying to y'all. Dennis Engel thought that was wrong. He don't He feel like y'all should only get financial
53:06
53 minutes, 6 seconds
advice from the union because they want y'all to believe what
53:15
53 minutes, 15 seconds
they want y'all to believe. when they say, "Oh, you don't lose nothing because you get retro." They want you to believe that.
53:25
53 minutes, 25 seconds
So, that's another way that they were marginalizing me. And guess what?
53:33
53 minutes, 33 seconds
I'm not done yet. What is this right here?
53:40
53 minutes, 40 seconds
Oh, when people is like, "Oh, Tal, why you not talking about the contract?
53:46
53 minutes, 46 seconds
Why you not making video? Y'all think that I didn't want to talk about the contract? I was waiting for this
53:54
53 minutes, 54 seconds
as vice president. I was waiting to talk about the contract to get y'all riled up for the contract to let y'all know exactly what was going on with the contract.
54:05
54 minutes, 5 seconds
I made one video about the contract.
54:11
54 minutes, 11 seconds

First, Donald Yates made a video. Nobody said nothing about Donald Yates making a video about the contract. Why? Because nobody watch Donald Yates. Nobody
54:19
54 minutes, 19 seconds
watches him. No. Like what? They get a few hundred views. Nobody watch Donald Yates, right? As soon as I make a video about the contract.
54:29
54 minutes, 29 seconds
Guess what I get? I get this letter.
54:35
54 minutes, 35 seconds
All right. Let me let me let me find this in my um in my stack of stuff.
54:43
54 minutes, 43 seconds
Let me see. Let me find this. Let me find this so I can read this off to you guys. Oh, here we go.
54:49
54 minutes, 49 seconds
Dear Mr. Thompson, you see directly addressed to me. This is to reiterate that all communications related to the contract must be vetted through
54:58
54 minutes, 58 seconds
president's office. This past Sunday, you posted a video that was potential for undermining our contract fight
55:06
55 minutes, 6 seconds
despite notice from our office that such actions must be coordinated and orchestrated appropriately. You are not
55:13
55 minutes, 13 seconds
an autonomous actor. Members and public officials do not differentiate between your personal statements and your
55:20
55 minutes, 20 seconds
position of the union. This deliberate blurring of lines on your part undermines the union's ability and my
55:28
55 minutes, 28 seconds
role as the president to negotiate the best terms for our members. This letter is not discipline. It is a caution to
55:35
55 minutes, 35 seconds
you that continued misconduct could lead to further action in accordance with our constitution and bylaws.
55:45
55 minutes, 45 seconds
Could you imagine that people?
55:47
55 minutes, 47 seconds
I only thing I did was I think during that time I think I what
55:55
55 minutes, 55 seconds

I did was I interviewed um Bruce Blakeman and I didn't even ask a contract question. Right. So they but
56:04
56 minutes, 4 seconds
the the way they set me down for that whenever I know it's some some BS going on it's always John Cherello Dennis
56:11
56 minutes, 11 seconds
Engel Kemp Alexander Kemp Carlos Bernabal um uh once in a while Shirley will be
56:19
56 minutes, 19 seconds
there. It's whenever they involved and they staying late after an executive committee meeting it's always about me.
56:25
56 minutes, 25 seconds
It's never about anyone else. Right.
56:30
56 minutes, 30 seconds
What they mean they don't want me to talk about the contract? They don't want even want me to talk about what's happening in the in the departmentals.
56:37
56 minutes, 37 seconds
They want everything to come from the president. Fine, cool. I I get that. But I wasn't talking about the contract.
56:45
56 minutes, 45 seconds
They was finding every little way to marginalize me.
56:52
56 minutes, 52 seconds
Every little way.
56:55
56 minutes, 55 seconds
I So when people see, oh, TL, why are you fighting the the union now? like I can't take no more. And guess what? I'm
57:03
57 minutes, 3 seconds
not done yet. I'm not done yet. So, you guys remember my fight that I had with those inspectors? Y'all know those MTA
57:12
57 minutes, 12 seconds
inspectors that come to y'all house and some of them lie on y'all and say, "Oh, they wasn't home when y'all really was
57:20
57 minutes, 20 seconds
home, right?" or they write up reports where the report doesn't reflect what the
57:29
57 minutes, 29 seconds
member actually recorded with their phone. So last year I had made a video about um
57:38
57 minutes, 38 seconds
an inspector where his report his written report didn't

57:45
57 minutes, 45 seconds
match what the what the member recorded on their phone and it was a blatant lie.
57:52
57 minutes, 52 seconds
Would you believe, matter of fact, would you believe that the president did not John Tierello did not support me
58:01
58 minutes, 1 second
during that? You know what he was telling me? Tal, take down the video. I said, yo, I'm not taking down no video.
58:07
58 minutes, 7 seconds
He lied on my member. You should be supporting me. These guys is like they got their own union. I spoke to their
58:15
58 minutes, 15 seconds
union president, I think, or vice president. He's he's a cool guy.
58:20
58 minutes, 20 seconds
Those Those guys are basically like managers though. They they have supervisory power, right? At the at the least.
58:30
58 minutes, 30 seconds
Cherello took their side automatically. And then when he seen that I wasn't budging and I wasn't
58:38
58 minutes, 38 seconds
taking down that video, they tried to scam me with a lawsuit.
58:45
58 minutes, 45 seconds
Yes.
58:47
58 minutes, 47 seconds
Not our union tried to scare me with the lawsuit, but he was obviously in conversation with that guy union because
58:55
58 minutes, 55 seconds
then they text me over this from that guy union
59:04
59 minutes, 4 seconds
saying that first of all they spelled my name wrong. I'm writing this letter to you as the attorney on behalf of my client that UF what's this? Ufleo.
59:15
59 minutes, 15 seconds
Yeah, UFFLO.
59:17
59 minutes, 17 seconds
One of Ufleo's members, Joel Alex, was performing his duties as a sick control investigator. He investigated a TWWU
59:25
59 minutes, 25 seconds

member who was out sick. Your member was not happy as to the transit authorities required inspection. Your member then
59:32
59 minutes, 32 seconds
engaged Trel Thompson, a local 100 employee, to go on social media to harass and threaten Mr. Alex safety. Nobody threatened to harass his safety.
59:41
59 minutes, 41 seconds
As a result of the bombardment on social media threatening post, Mr. Alex his safety has become an issue. Not only was
59:50
59 minutes, 50 seconds
his name posted, but also his badge number and work email address. He has received threatening calls. Now, I ain't going to read all this cuz it's a whole
59:58
59 minutes, 58 seconds
bunch of BS. Right now, let me tell y'all about that.
1:00:05
1 hour, 5 seconds
That was Cherello collaborating with that union to scare
1:00:12
1 hour, 12 seconds
me to lay off of attacking people on the internet. I wouldn't even say attacking
1:00:19
1 hour, 19 seconds
for holding people accountable via the internet. This is what this the position
1:00:26
1 hour, 26 seconds
Cherello took. He told me TL, you know, take down the video. The next thing you know this letter come, oh, they threatening to sue you, you know.
1:00:35
1 hour, 35 seconds
So if they threatening to sue me and they lied on a member, why are we not threatening to sue them?
1:00:45
1 hour, 45 seconds
Who side are you really on, Cherella?
1:00:50
1 hour, 50 seconds
Explain to me whose side are you really on?
1:00:56
1 hour, 56 seconds
Cuz you damn sure wasn't on the member side who got lied on. Not one time. You wasn't on his side. You wasn't on Eric
1:01:04
1 hour, 1 minute, 4 seconds
Shepherd's side when he restrained the person who knocked the um conductor in the head with the scooter and he
1:01:12
1 hour, 1 minute, 12 seconds
restrained the guy. You was Oh, treml, you know that was very bad. You never once took his side.
1:01:20

1 hour, 1 minute, 20 seconds
When the monocular vision thing happened, you tried to get me to sign some crazy ass stip and I told my people
1:01:27
1 hour, 1 minute, 27 seconds
that I'm not signing that stip. I'm going to sign a stip that's more beneficial and I end up working on something better than what he had. Ask
1:01:36
1 hour, 1 minute, 36 seconds
Chris Lightbborne if y'all think that I'm lying. If Chris Lightbborne go tell the truth, ask Chris Lightborn that I worked on a better step. The what
1:01:44
1 hour, 1 minute, 44 seconds
Cherello wanted me to sign was I worked on a better step. This is a fact. And I got the step done prior to me taking office.
1:01:55
1 hour, 1 minute, 55 seconds
They were these people was out of work.
1:01:57
1 hour, 1 minute, 57 seconds
No work available. No work available prior to me taking office. I got a step done and I got them back to work.
1:02:06
1 hour, 2 minutes, 6 seconds
Pierella, why why weren't you on my side for that?
1:02:13
1 hour, 2 minutes, 13 seconds
Why why why don't you fight hard for the members?
1:02:19
1 hour, 2 minutes, 19 seconds
And you want you want y'all want to know the craziest thing about all of this?
1:02:24
1 hour, 2 minutes, 24 seconds
They got what it take to fight. They might not got the energy, right? because they they they're older men now. They in their 60s. Cherello is 59 years old.
1:02:34
1 hour, 2 minutes, 34 seconds
Um uh Utano in his 60s.
1:02:39
1 hour, 2 minutes, 39 seconds
Um Samson is in his probably like late 50s now. Dennis Engel is probably like
1:02:45
1 hour, 2 minutes, 45 seconds
70. Um Arthur Schwarz is like 80 86 or something like 80 years old. Late I don't know. He's old, right?
1:02:55
1 hour, 2 minutes, 55 seconds
They can fight, but they don't got the energy to fight. And to blatantly just bow down like when you hear his
1:03:03
1 hour, 3 minutes, 3 seconds

language, you heard him say, "We got to meet inflation." No, not at least meet it. We got to we have to beat inflation. Cheerello.
1:03:12
1 hour, 3 minutes, 12 seconds
Like, where are you guys fighting at?
1:03:17
1 hour, 3 minutes, 17 seconds
But what end up happening with that inspector is that I ran into his union rep. I believe it was either the vice president or the president and we had a
1:03:26
1 hour, 3 minutes, 26 seconds
contentious meeting and if anybody know him he'll tell you and then we spoke like men and then I said you know what I take it
1:03:34
1 hour, 3 minutes, 34 seconds
down. This was well after well after Cherello tried to scare me with that scared tactic of getting sued well after that.
1:03:44
1 hour, 3 minutes, 44 seconds
Right. But this is the undermining that was happening
1:03:52
1 hour, 3 minutes, 52 seconds
um regarding all of this stuff. Let me see. I think I got one more.
1:03:59
1 hour, 3 minutes, 59 seconds
I think I have one more. Let me see.
1:04:09
1 hour, 4 minutes, 9 seconds
Let me see. Oh, this one right here. What I which I talked about prior, I threw a bowling party.
1:04:20
1 hour, 4 minutes, 20 seconds
Would you believe they brought charges on me regarding a private bowling party? And and this is the sad part about this.
1:04:28
1 hour, 4 minutes, 28 seconds
Let me let me bring this up. Let me bring it up over here first. Um I had a private bowling party.
1:04:39
1 hour, 4 minutes, 39 seconds
They brought me up on charges for this right now.
1:04:44
1 hour, 4 minutes, 44 seconds
What they did with that was they
1:04:54
1 hour, 4 minutes, 54 seconds
said this is what they said in the bylaws. Let me let me bring that up again. Let me bring that up one more time.
1:05:03
1 hour, 5 minutes, 3 seconds
I I need to make this a little bigger. This is what they said in the bylaws.
1:05:14
1 hour, 5 minutes, 14 seconds

They said all collections of funds from members by union officers and staff are subject to rules set by the executive
1:05:22
1 hour, 5 minutes, 22 seconds
board. This shall apply to collections for retirement dinners, charities, benevolent organizations, and to provide assistance to a member or members.
1:05:34
1 hour, 5 minutes, 34 seconds
Which one of these apply to a bowling party? It's pretty clear. It says, "This shall apply to collections for
1:05:42
1 hour, 5 minutes, 42 seconds
retirement dinners, charities, benevolent organizations, or to provide assistance to a member or members, right?
1:05:55
1 hour, 5 minutes, 55 seconds
Where does it say for a bowl?" Just picture this. If I have a birthday
1:06:02
1 hour, 6 minutes, 2 seconds
party, do I have to comply with what the union is doing? Cuz you know what they was
1:06:10
1 hour, 6 minutes, 10 seconds
asking me for? They was asking, "We want to see who came to your party and we want to see
1:06:18
1 hour, 6 minutes, 18 seconds
how much money was made." Picture that for a private bowling event.
1:06:29
1 hour, 6 minutes, 29 seconds
Can you imagine that?
1:06:35
1 hour, 6 minutes, 35 seconds
Can you imagine that for a private bowling event?
1:06:45
1 hour, 6 minutes, 45 seconds
I cannot imagine what's going on here. Right.
1:06:51
1 hour, 6 minutes, 51 seconds
Hold on one second. Um, let me let me let me do this person a favor.
1:07:01
1 hour, 7 minutes, 1 second
No trolls on on local. Oh, no trolls on my page. We not doing the trolling stuff. If Listen, you know what I
1:07:08
1 hour, 7 minutes, 8 seconds
understand about these guys? They got so much to say.
1:07:13
1 hour, 7 minutes, 13 seconds
So much to say. Why do they say it under fake pages?
1:07:18
1 hour, 7 minutes, 18 seconds

TL Thompson don't own no fake pages. I say what I say. I want to get credit for what I said. I want the people who know.
1:07:25
1 hour, 7 minutes, 25 seconds
I want the people to know that I said what I said. Why y'all got so many fake page? If you got a fake page talking junk about me, I'm just going to
1:07:33
1 hour, 7 minutes, 33 seconds
block you and you just going to have to make another fake page. That's just how that's going to work. But
1:07:41
1 hour, 7 minutes, 41 seconds
um and I need to make somebody a moderator. If you're interested in being a moderator on my channel on YouTube, let me know. Um,
1:07:50
1 hour, 7 minutes, 50 seconds
so you could you guys could do this automatically. Just block the trolls.
1:07:54
1 hour, 7 minutes, 54 seconds
The the you know the the the union administration, they got they fake pages activated. We not speaking to fake
1:08:01
1 hour, 8 minutes, 1 second
pages. We we speaking to real people. If you got something to say about me, say it. Say it. Just say it. Right. So yeah,
1:08:09
1 hour, 8 minutes, 9 seconds
I was going through all of this stuff messing with these union people and it was more stuff than that. like the the
1:08:17
1 hour, 8 minutes, 17 seconds
the blocking me from the pages. Um undermining
1:08:24
1 hour, 8 minutes, 24 seconds
I got the least amount of reps than any other VP. I don't got control of my safety walks. I don't got who who um
1:08:33
1 hour, 8 minutes, 33 seconds
deals who does the safety walks. I don't nothing. Right? So enough had to be enough.
1:08:40
1 hour, 8 minutes, 40 seconds
Um but just think about that for a bowling party. It explicitly say what the party what what what that bylaw that they um tried to raise. And guess what?
1:08:53
1 hour, 8 minutes, 53 seconds
The Eboard, the go along, get along gang agreed with Dennis Engel and John Cherello
1:09:02
1 hour, 9 minutes, 2 seconds
about the interpretation of those charges. So that right there and everybody who voted on it, including the
1:09:09

1 hour, 9 minutes, 9 seconds
entire top four, right? Alexander Kemp, Shirley Martin, um Carlos Bernabal, all of them voted
1:09:18
1 hour, 9 minutes, 18 seconds
against me, right?
1:09:22
1 hour, 9 minutes, 22 seconds
If they are interpreting the bylaws like that, do you have faith in them to interpret your contract like that?
1:09:29
1 hour, 9 minutes, 29 seconds
you have faith in them to interpret the contract or maybe they can interpret the contract
1:09:36
1 hour, 9 minutes, 36 seconds
and these charges were a political hit job. There's no in-betweens here.
1:09:40
1 hour, 9 minutes, 40 seconds
There's no there's no gray area. There's none of that.
1:09:45
1 hour, 9 minutes, 45 seconds
Um got another super chat from LJ Fashions. He said they want to know if you're secretly campaigning your war chest for a presidential run on them.
1:09:57
1 hour, 9 minutes, 57 seconds
That's why they want to know numbers and names. Let me tell you something. I didn't spend a penny last election to
1:10:04
1 hour, 10 minutes, 4 seconds
get elected for VP. If I run for president, I am not going to spend a penny. I'm going to beat them off of
1:10:12
1 hour, 10 minutes, 12 seconds
hard work, not propaganda. That's that's going to be a fact. I promise you that.
1:10:17
1 hour, 10 minutes, 17 seconds
I promise you that. But the eboard is a problem. Oh, thanks for the super chat again. Um, LJ,
1:10:28
1 hour, 10 minutes, 28 seconds
I see Nuke is on. Um, hey Nuke, I just
1:10:41
1 hour, 10 minutes, 41 seconds
I just made Nuke a moderator so she she could start deleting people. I I would take two more people to be moderators.
1:10:49
1 hour, 10 minutes, 49 seconds
Um, just just picture that.
1:10:54
1 hour, 10 minutes, 54 seconds
Just picture that. This is what the Eboard is doing. Right
1:11:02
1 hour, 11 minutes, 2 seconds

now, I want to I want to let me see. I got two more things to talk about here.
1:11:10
1 hour, 11 minutes, 10 seconds
Let me see what I go to first.
1:11:14
1 hour, 11 minutes, 14 seconds
Now, Cedric, it's a lot to say about Cedric.
1:11:18
1 hour, 11 minutes, 18 seconds
Um, and I was kind of like confused because when I was at the international convention,
1:11:25
1 hour, 11 minutes, 25 seconds
there were uh other locals um I I believe flight attendants were
1:11:32
1 hour, 11 minutes, 32 seconds
saying that Cedric was um giving them a hard time. The same
1:11:39
1 hour, 11 minutes, 39 seconds
exact problems that Cedric was having, they having with Cedric and the airlines, we were having over here. And
1:11:45
1 hour, 11 minutes, 45 seconds
I'm curious to know how these local 100 properties because I'm I'm over here thinking it's just the MTA
1:11:54
1 hour, 11 minutes, 54 seconds
thing. How these local 100 properties I'mma put this on the screen real quick.
1:12:00
1 hour, 12 minutes
How did we all get Cedric? How did we all get Cedric?
1:12:08
1 hour, 12 minutes, 8 seconds
That is mindboggling to me.
1:12:15
1 hour, 12 minutes, 15 seconds
That is mindboggling to me. I am curious to know how did we all get Cedric?
1:12:28
1 hour, 12 minutes, 28 seconds
What they say? Things that make you go h. It's one of those things.
1:12:33
1 hour, 12 minutes, 33 seconds
Things that make you go h.
1:12:40
1 hour, 12 minutes, 40 seconds
Yeah. Nuke said talk to her nice. If you go be in those chat comments, talk to her nice or she's going to remove facts.
1:12:48
1 hour, 12 minutes, 48 seconds
Right. But how did we all get Cedric? Who made that happen? I'm curious to know.
1:12:56
1 hour, 12 minutes, 56 seconds

I am curious to know. I'm going to do more further research because it wouldn't surprise me. Y'all know where I'm headed with this. It wouldn't surprise me.
1:13:10
1 hour, 13 minutes, 10 seconds
Somebody's palms is crease. I'm just saying it's a little suspicious.
1:13:19
1 hour, 13 minutes, 19 seconds
It's a little suspicious.
1:13:21
1 hour, 13 minutes, 21 seconds
I don't know. Not saying something, but I'm just saying something. I don't know.
1:13:26
1 hour, 13 minutes, 26 seconds
But look, I want to tell y'all about something that I seen today.
1:13:30
1 hour, 13 minutes, 30 seconds
And this is uh this go show you like they scrambling and I and I'mma say
1:13:37
1 hour, 13 minutes, 37 seconds
Cherello. Cherello is scrambling to make himself look like a fighter or he's doing something during these contracts or whatever the case is.
1:13:47
1 hour, 13 minutes, 47 seconds
Right. Scrambling.
1:13:51
1 hour, 13 minutes, 51 seconds
Right. So, this post went up yesterday and he had a meeting with the Detectives
1:13:59
1 hour, 13 minutes, 59 seconds
Endowment Association, right? He says, um, "President John Cherello met this morning with Detectives Endowment
1:14:07
1 hour, 14 minutes, 7 seconds
Association President Scott Monroe to join the New York Public Safety Alliance, an organization of dozens of
1:14:15
1 hour, 14 minutes, 15 seconds
law enforcement unions from Buffalo to SuffK.
1:14:19
1 hour, 14 minutes, 19 seconds
In addition to the police, corrections, and court employees unions, local 100 has a huge interest in the issue of
1:14:26
1 hour, 14 minutes, 26 seconds
public safety. Our members are on the front lines every day dealing with the public and often suffering the consequences of violent crimes. We look
1:14:34
1 hour, 14 minutes, 34 seconds
forward to working with the alliance to address public safety matters at the city, state, and national
1:14:44
1 hour, 14 minutes, 44 seconds

level. Now, that that's that's that's very interesting. And the reason I say that that's interesting
1:14:53
1 hour, 14 minutes, 53 seconds
is because Cherello,
1:15:00
1 hour, 15 minutes
why are you meeting with the end users of public safety?
1:15:06
1 hour, 15 minutes, 6 seconds
Right? Everybody know that the police in this state hands are tied.
1:15:11
1 hour, 15 minutes, 11 seconds
Everybody knows that, right?
1:15:18
1 hour, 15 minutes, 18 seconds
Why do you like going to meetings where you circle jerk each other all day?
1:15:23
1 hour, 15 minutes, 23 seconds
Y'all pat each other on the back and nothing gets done.
1:15:29
1 hour, 15 minutes, 29 seconds
Why aren't you meeting with the city council? Why Why aren't you meeting with them?
1:15:37
1 hour, 15 minutes, 37 seconds
I'm curious to know. Why aren't you meeting with those legislators in the city council?
1:15:46
1 hour, 15 minutes, 46 seconds
I think I I I think I know why. I think I know why. John, let me let me let me try to pull something up real quick.
1:15:56
1 hour, 15 minutes, 56 seconds
Let me Let me try to pull something up real quick. Let me let me try to find Let me see.
1:16:08
1 hour, 16 minutes, 8 seconds
Oh, yeah. Let me Let me pull this up on the screen. I think I know why he's not lobbying the city council
1:16:18
1 hour, 16 minutes, 18 seconds
regarding this serious serious serious issue. Let me um just fix this real quick. I'mma show you guys this
1:16:27
1 hour, 16 minutes, 27 seconds
cuz we ain't here to to to to um play the play this game. We not gonna play this game, right? So, let me go.
1:16:37
1 hour, 16 minutes, 37 seconds
This is the This is the votes animal rights Instagram, right? So, oh, what do we see here?
1:16:47
1 hour, 16 minutes, 47 seconds
Thank you, council.
1:16:49

1 hour, 16 minutes, 49 seconds
Thank you, council member Farah Lewis, for co-sponsoring intro 943 to prohibit
1:16:55
1 hour, 16 minutes, 55 seconds
horse carriages in NYC. Wow. Farah Lewis went against the union.
1:17:04
1 hour, 17 minutes, 4 seconds
Who else? Oh, Ysef Salam went against the union to ban the horse carriages.
1:17:11
1 hour, 17 minutes, 11 seconds
Who else we got here? We only got We have um Linda Lee. Who else do we have?
1:17:20
1 hour, 17 minutes, 20 seconds
We have uh Virginia Maloney. We have Elise and
1:17:26
1 hour, 17 minutes, 26 seconds
Carino. What's that? In Carnosion. We have Nantasha Williams.
1:17:33
1 hour, 17 minutes, 33 seconds
We have someone that the union fully endorsed, Mercedes Narsis. We have Eric
1:17:40
1 hour, 17 minutes, 40 seconds
Denowitz. We have um Speaker Menon, Julie Minnon. Who else do we have?
1:17:51
1 hour, 17 minutes, 51 seconds
We have Ina Vernov. I think the union endorsed her too. We have Camila Hanks.
1:17:57
1 hour, 17 minutes, 57 seconds
We have uh Lyn Schuman. We have Phiz Oswalt.
1:18:04
1 hour, 18 minutes, 4 seconds
Listen, the list goes on and on and on.
1:18:10
1 hour, 18 minutes, 10 seconds
So instead of the union meeting with the city council to get some laws on the books,
1:18:18
1 hour, 18 minutes, 18 seconds
instead of the union meeting with state assembly and senate members,
1:18:27
1 hour, 18 minutes, 27 seconds
they meeting with the the alliance where their issues is
1:18:34
1 hour, 18 minutes, 34 seconds
not going to be solved. And first of all, it's a it's a it's not going to get solved. You want to know why they not
1:18:40
1 hour, 18 minutes, 40 seconds
going to the city council is because, and this is serious, guys, they burnt their bridges for the horses for them.
1:18:50
1 hour, 18 minutes, 50 seconds

They are mad at every city council member. In fact, let me see if I could um let me see let me show you some things that they have done.
1:19:02
1 hour, 19 minutes, 2 seconds
Did I even send that in? I didn't send that in. Let me see if I could I want to show you some things they have done. But they have burned bridges
1:19:12
1 hour, 19 minutes, 12 seconds
over the horses that could benefit us.
1:19:20
1 hour, 19 minutes, 20 seconds
Can y'all imagine that?
1:19:22
1 hour, 19 minutes, 22 seconds
They burnt they squandered all their political capital on the horses. Now they mad at every
1:19:30
1 hour, 19 minutes, 30 seconds
city council member that co-sponsored it. Right? They are so mad.
1:19:36
1 hour, 19 minutes, 36 seconds
I got to show this to you guys.
1:19:41
1 hour, 19 minutes, 41 seconds
The go along, get along gang is so mad
1:19:49
1 hour, 19 minutes, 49 seconds
that they sent out these mailers to the constituents of the city council people who voted against them.
1:19:59
1 hour, 19 minutes, 59 seconds
Look at that. Look at that.
1:20:05
1 hour, 20 minutes, 5 seconds
Look at that. Manhattan Burough President Brandy Holman Seagull, your neighbor is attacking 150 immigrant workers and their families trying to destroy their livelihoods.
1:20:18
1 hour, 20 minutes, 18 seconds
What about the people who's trying to destroy the members of local 100 livelihoods
1:20:25
1 hour, 20 minutes, 25 seconds
that paid thousands in union dues throughout their their career here.
1:20:30
1 hour, 20 minutes, 30 seconds
I have not seen one mailer to Jano Lieieber house. I have not seen one mailer to the MTA board. I haven't seen
1:20:39
1 hour, 20 minutes, 39 seconds
one mailer to the bosses who make MTA workers lives a living hell every single day. I have not seen one
1:20:48
1 hour, 20 minutes, 48 seconds

mailer. But when it comes to those horses, it's all stops.
1:20:55
1 hour, 20 minutes, 55 seconds
It's all stops, people.
1:21:00
1 hour, 21 minutes
So they burned all their political capital on the horse carriage industry.
1:21:05
1 hour, 21 minutes, 5 seconds
Now do the horse carriages do they I think that every
1:21:12
1 hour, 21 minutes, 12 seconds
sector where you dealing with bosses and workers you need some type of union protection 100%.
1:21:20
1 hour, 21 minutes, 20 seconds
But I need for them to answer, why is the fight much more harder
1:21:27
1 hour, 21 minutes, 27 seconds
for the horse carriage industry than for the workers over here? Why?
1:21:35
1 hour, 21 minutes, 35 seconds
We haven't seen this many videos for any local 100 issue ever since Stan United
1:21:43
1 hour, 21 minutes, 43 seconds
been in office. We seen videos coming out every other week about these horse carriages. They got ads playing on TV.
1:21:49
1 hour, 21 minutes, 49 seconds
Commercials playing on TV. They sending out mailers. They putting out ads in the newspapers.
1:21:56
1 hour, 21 minutes, 56 seconds
They throwing rallies, mandatory rallies, making sure that people that the officers come out because they want a presence.
1:22:05
1 hour, 22 minutes, 5 seconds
Are we seeing what's what's going on here? Let me see if I got that other video.
1:22:12
1 hour, 22 minutes, 12 seconds
Are we seeing what's going on here? Look at this video right here.
1:22:19
1 hour, 22 minutes, 19 seconds
I want you guys to watch this vid. This is how many This is This is the I I don't even got the words for this,
1:22:26
1 hour, 22 minutes, 26 seconds
but look how they fight regarding this.
1:22:32
1 hour, 22 minutes, 32 seconds
Look how they Look at this fight. The horse carriages.
1:22:48
1 hour, 22 minutes, 48 seconds

I took the music out because I ain't want to get they they had some music playing behind it. But look at this for the horse carriages. Look at all of this. Look at that.
1:23:00
1 hour, 23 minutes
Look at that.
1:23:03
1 hour, 23 minutes, 3 seconds
And they had more than one horse carriage rally. Meanwhile, we only had one contract rally.
1:23:19
1 hour, 23 minutes, 19 seconds
Why we don't see that same thing for us over here? Why we don't see that same thing?
1:23:27
1 hour, 23 minutes, 27 seconds
And I want you guys when you see your union reps, have your phones on record and ask them what's going on with this
1:23:36
1 hour, 23 minutes, 36 seconds
horse carriage stuff? Why are we seeing a tougher fight for the horse carriages than for us for our contract? Why?
1:23:47
1 hour, 23 minutes, 47 seconds
Why? All right, you can fight for them.
1:23:50
1 hour, 23 minutes, 50 seconds
No problem. Fight for them. But why we don't have that same energy matched over here?
1:23:58
1 hour, 23 minutes, 58 seconds
You know what energy they match? They match bringing charges on Tal Thompson.
1:24:02
1 hour, 24 minutes, 2 seconds
Yeah, we got to fight Trel tooth to nail because if he end up becoming president of this union, our gravy train is over.
1:24:16
1 hour, 24 minutes, 16 seconds
We can't go to DR and say I'm the big boss of the union
1:24:25
1 hour, 24 minutes, 25 seconds
and and just to have sex with women. We we going to touch on that on a later show. And I don't care if she was 19 or if she was 30.
1:24:35
1 hour, 24 minutes, 35 seconds
That's cornball behavior to go use that union name, use the the the the Mike Quill TWWU local 100 name to go have sex in the Dominican Republic.
1:24:50
1 hour, 24 minutes, 50 seconds
Allegedly.
1:24:52
1 hour, 24 minutes, 52 seconds
I never said I I never said who the person was, but this is what's happening,
1:24:59
1 hour, 24 minutes, 59 seconds

right? This is what's happening. lame behavior. So me saying I'm having a bowling party not related
1:25:08
1 hour, 25 minutes, 8 seconds
to local 100 is enough to bring charges, but an officer
1:25:16
1 hour, 25 minutes, 16 seconds
going down to the DR saying that I'm the big boss of a union and handles a lot of money.
1:25:26
1 hour, 25 minutes, 26 seconds
That don't warrant any charges.
1:25:28
1 hour, 25 minutes, 28 seconds
And I know they thinking, "How did TML, how did he find that out?" I'm connected worldwide.
1:25:41
1 hour, 25 minutes, 41 seconds
Worldwide. Worldwide.
1:25:50
1 hour, 25 minutes, 50 seconds
I mean, I've been into deep searches.
1:25:54
1 hour, 25 minutes, 54 seconds
I've been act you see how the union activate their fake pages. I activate people in the real world. In the real
1:26:01
1 hour, 26 minutes, 1 second
world. I mean I'm I'm I could put a marriage certificate on the screen right now. That'll blow y'all mind.
1:26:13
1 hour, 26 minutes, 13 seconds
Would they say this could get uglier than a Masterpiece sneaker?
1:26:23
1 hour, 26 minutes, 23 seconds
This could get uglier than the Master P sneaker.
1:26:28
1 hour, 26 minutes, 28 seconds
Trust me when I tell you. But to be honest, at the end of the day, I just wanted peace. I just wanted to fight for the members.
1:26:36
1 hour, 26 minutes, 36 seconds
Um, I wasn't I I I I didn't want I ain't wanted to come here, but at some point I
1:26:43
1 hour, 26 minutes, 43 seconds
had to defend myself, and defending myself is defending the members. I just couldn't take it no more. Like
1:26:51
1 hour, 26 minutes, 51 seconds
um it was it's officers on the executive committee that say all the time to me this is a waste of time. They were
1:26:59
1 hour, 26 minutes, 59 seconds

saying it was a waste of time during the contract. If they man enough they they they would say it publicly. They would say it on Facebook. They would say that
1:27:06
1 hour, 27 minutes, 6 seconds
the these contract meetings we had was a waste of time because they were saying it to me. Right.
1:27:14
1 hour, 27 minutes, 14 seconds
But I'mma they if they man enough because everybody claim they men here.
1:27:18
1 hour, 27 minutes, 18 seconds
Everybody claim that you know that they got the biggest they they think they got the biggest ego here.
1:27:25
1 hour, 27 minutes, 25 seconds
Say say what it is then. Be 100% real.
1:27:29
1 hour, 27 minutes, 29 seconds
Be 100% real about what was going on here. Right.
1:27:36
1 hour, 27 minutes, 36 seconds
But yeah, they they I I did not want to fight with the union. I wanted to fight the MTA and only the MTA. I went over a
1:27:44
1 hour, 27 minutes, 44 seconds
year and a half without talking about the union. Um, and I've I've could have nitpicked them apart.
1:27:53
1 hour, 27 minutes, 53 seconds
And you know, I got a significant following talking about the MTA. And I always truly believe because I already
1:28:00
1 hour, 28 minutes
knew that the union was going to turn on me sooner or later. Um, the union leadership, let me just say that because the union are the people. The people
1:28:08
1 hour, 28 minutes, 8 seconds
love me. I already knew that they was going to turn on me um sooner than later.
1:28:14
1 hour, 28 minutes, 14 seconds
And um I believe that they are going to be the destroyers of the labor movement
1:28:22
1 hour, 28 minutes, 22 seconds
not only in local 100 but um in New York period. I think that they are going to ignite something in people because let's
1:28:31
1 hour, 28 minutes, 31 seconds
be clear the union is moving and in position to remove me. I believe I will be removed.
1:28:39
1 hour, 28 minutes, 39 seconds
I would not go into September being the vice president. Um, my trial is next week, August 20th and August 21st. If
1:28:49

1 hour, 28 minutes, 49 seconds
anyone is interested in coming to the trial, you can send me a message. I will give you the information.
1:28:56
1 hour, 28 minutes, 56 seconds
Um, after the trial, you know, that they're they're rigged trial committee. They are
1:29:04
1 hour, 29 minutes, 4 seconds
going to rule what they gonna do there. They're gonna have a Eboard um meeting and the
1:29:12
1 hour, 29 minutes, 12 seconds
Eboard go vote the same way they did to JP. They go vote to remove me. So I don't believe that I'm going into um September being a VP. I'm not going to
1:29:21
1 hour, 29 minutes, 21 seconds
be a part of local 100 no more. They're doing everything in their power to remove me. Everything in their power to
1:29:30
1 hour, 29 minutes, 30 seconds
remove me. And they they control this. I don't control it. Um, they got the Eboard sewn up. They control every
1:29:37
1 hour, 29 minutes, 37 seconds
officer in this union probably except um, Drummond and Burke.
1:29:44
1 hour, 29 minutes, 44 seconds
Um, but they control everybody. This is a fact. This is a fact. Uh, and they going
1:29:54
1 hour, 29 minutes, 54 seconds
to try to remove me. If anybody, like I said, they want to come uh to the trial and want information about the trial, whatever the case is, you could come.
1:30:02
1 hour, 30 minutes, 2 seconds
But they definitely going to remove me before September come for sure.
1:30:12
1 hour, 30 minutes, 12 seconds
For sure.
1:30:17
1 hour, 30 minutes, 17 seconds
um that these fictitious charges like I I just you know I broke down these the
1:30:24
1 hour, 30 minutes, 24 seconds
charges over the past two shows but yeah they they're going to remove me and I don't understand how they think it's going to get better. They remove me.
1:30:33
1 hour, 30 minutes, 33 seconds
Guess what? I'm I'm now I'mma do videos in every department. They can't control that. Um
1:30:40
1 hour, 30 minutes, 40 seconds
uh I'm going to do everything that they said I couldn't do. Right. The bus videos. I'm going to
1:30:49

1 hour, 30 minutes, 49 seconds
do the bus videos. It's go it's gonna mess up a lot of stuff for them over there. All those underhanded table deals that they got with management is going
1:30:56
1 hour, 30 minutes, 56 seconds
to get destroyed. It's it's going to cost them more to remove me. Because let me tell you
1:31:03
1 hour, 31 minutes, 3 seconds
about these guys. The reason why they oh I'm trying to use my position to benefit. Nobody don't identify me as the
1:31:13
1 hour, 31 minutes, 13 seconds
vice president of local 100. You know what they call me? They call me the MTA guy. That's what the public called me.
1:31:19
1 hour, 31 minutes, 19 seconds
They call me the MTA guy. Nobody call me the vice president of nothing. You know why they think like that? Because this
1:31:26
1 hour, 31 minutes, 26 seconds
is their life. They have nothing going on for themselves outside of local 100.
1:31:32
1 hour, 31 minutes, 32 seconds
They found they tribe of corniness, of going along to get along, of lameness. They found they tribe.
1:31:41
1 hour, 31 minutes, 41 seconds
This is their life. Outside of this, they are nothing. They are nobodies.
1:31:51
1 hour, 31 minutes, 51 seconds
This is their power. This is why they don't want to relinquish it. This is why they say we got to get rid of trel.
1:32:04
1 hour, 32 minutes, 4 seconds
This is why they want to get rid of multiple fighters because this is their life. They have nothing going on in their regular life.
1:32:17
1 hour, 32 minutes, 17 seconds
That's why when you see them go back to their tools,
1:32:24
1 hour, 32 minutes, 24 seconds
they disappear off the face of the earth. You don't hear nothing about them. They disappear off the face of the earth.
1:32:31
1 hour, 32 minutes, 31 seconds
That's not going to happen with me. You get rid of me, then I'mma do what I want
1:32:38
1 hour, 32 minutes, 38 seconds
to do. Everything that y'all told me not to do, I'mma be there. I'mma do it. And it's going to be just bad. So getting
1:32:47
1 hour, 32 minutes, 47 seconds

rid of me, I don't even think they thought this through. I don't think they thought it through.
1:32:53
1 hour, 32 minutes, 53 seconds
What they should have done and and and I called the president. He I seen Tarello today.
1:33:01
1 hour, 33 minutes, 1 second
He act like he ain't see me. And that's coward behavior because if the shoe was on the other foot and I cared about the
1:33:09
1 hour, 33 minutes, 9 seconds
members, I cared about the integrity of local 100.
1:33:14
1 hour, 33 minutes, 14 seconds
We focusing on we know who the enemy is, which is the MTA.
1:33:23
1 hour, 33 minutes, 23 seconds
As soon as I was doing what I did, if I was Cherello, I would have called me in
1:33:29
1 hour, 33 minutes, 29 seconds
and said, "Hey, Tal, this is what's happening. Let's not do this right now,
1:33:38
1 hour, 33 minutes, 38 seconds
right? We going to pull back the charges. Let's all focus on getting the contract and then we figure everything else out later." Fine.
1:33:47
1 hour, 33 minutes, 47 seconds
That would have been that that that would have been that, right? But we not dealing with men here. We dealing with males.
1:33:56
1 hour, 33 minutes, 56 seconds
And it's sad. It's sad that they put in their own ego, the gravy train, before you guys.
1:34:06
1 hour, 34 minutes, 6 seconds
Cherello had every opportunity to call me and to speak with me and to do what's best for the membership, but he would rather go down this drain right here.
1:34:20
1 hour, 34 minutes, 20 seconds
For one, Cherello not calling the shots.
1:34:23
1 hour, 34 minutes, 23 seconds
I believe he's taking orders from Dennis Engel, uh Tony UNO, and John Samson.
1:34:34
1 hour, 34 minutes, 34 seconds
I believe if it if it was up to Chile, Cherello would have um gave me a call, but it's not up to Cherello. But
1:34:41
1 hour, 34 minutes, 41 seconds
Cherello isn't his own man. And that's the problem.
1:34:46
1 hour, 34 minutes, 46 seconds

They don't want you to get a good contract. You know what they want to say? They want to say, "Oh, Tal did this and this is why they can't say I'm a
1:34:54
1 hour, 34 minutes, 54 seconds
small factor in this and then I'm big when they're when they sell y'all out." What was the excuse all other years?
1:35:08
1 hour, 35 minutes, 8 seconds
What's the excuse all the other years? Right?
1:35:12
1 hour, 35 minutes, 12 seconds
They are they don't want what's best for the members. If they wanted what's best for the members, they wouldn't be waring
1:35:19
1 hour, 35 minutes, 19 seconds
with me right now. Now, check this out, guys. Next week, um I think I'mma go live again next Tuesday.
1:35:30
1 hour, 35 minutes, 30 seconds
This time I am going to open up the phone lines to you guys. So I'mma hear from you guys. I want to hear what y'all
1:35:38
1 hour, 35 minutes, 38 seconds
saying. We're going to promote that show heavy. We want to we going to name that show the state of local 100 or the state of unions in New York City.
1:35:47
1 hour, 35 minutes, 47 seconds
I'mma find something creative to do there. Uh but we're going to do something.
1:35:53
1 hour, 35 minutes, 53 seconds
We're going to do something um good. I want to hear from you guys. So the phone lines will be open next week. Um,
1:36:01
1 hour, 36 minutes, 1 second
if you watching right now live, please share this out. Please like, like, like, like, like like, like. I want to break the algorithm.
1:36:10
1 hour, 36 minutes, 10 seconds
I want to break the algorithm. I have to get into the algorithm with these likes.
1:36:16
1 hour, 36 minutes, 16 seconds
Please, please, please. Um, please share this out. Like, share, subscribe.
1:36:28
1 hour, 36 minutes, 28 seconds
Do what you got to do. Subscribe to the YouTube channel. Share this out. Um, we are we are stronger when we come
1:36:35
1 hour, 36 minutes, 35 seconds
together and we got get we got to get rid of the cancers of this union. We have to fight against these cancers and we got to let them know that we ain't
1:36:44

1 hour, 36 minutes, 44 seconds
nothing to be played with. I catch you guys