**JIMMY WAGNER**
ATTORNEY-AT-LAW

August 20, 2026

Via CM/ECF
Hon. Diane Gujarati
United States District Court for
The Eastern District of New York
225 Cadman Plaza East
Courtroom 4B South
Brooklyn, New York 11201

Re: ***Thompson v. New York City Transit Authority, et al.*, No. 1:26-cv-3393 (DG)(VMS)**
**Status Report and Withdrawal of Preliminary Injunction Request Without Prejudice**

Dear Judge Gujarati:

Plaintiff Tramell Thompson respectfully submits this status report concerning Plaintiff's prior requests for emergency and preliminary injunctive relief. The Court denied Plaintiff's request for a temporary restraining order and did not rule on Plaintiff's separate request for a preliminary injunction. Accordingly, Plaintiff withdraws his request for a preliminary injunction without prejudice to renewal. Plaintiff does not request a ruling on the preliminary injunction application at this time and respectfully requests that the Court deem that request withdrawn without prejudice.

Plaintiff expressly reserves the right to renew an application for preliminary or other appropriate injunctive relief if circumstances materially change, if further disciplinary or other adverse action is threatened or taken, or if renewed relief becomes necessary to protect Plaintiff's rights during the pendency of this action.

Plaintiff also withdraws, and does not pursue, the issue previously raised concerning an alleged conflict involving Arthur Schwartz, Esq. Plaintiff is not asking the Court to adjudicate that issue or to take any further action concerning Mr. Schwartz's representation. The conflict issue is therefore withdrawn and concluded for purposes of Plaintiff's present application.

O: 929-477-8889
C: 718-288-2048
jimmy013@gmail.com
2055 Flatbush Ave
Brooklyn, NY 11234

The withdrawals stated in this filing are limited to the present request for preliminary injunctive relief and the previously raised attorney-conflict issue. They do not withdraw, dismiss, or waive any claim, cause of action, factual allegation, defense, or other relief sought in the First Amended Complaint. Plaintiff likewise does not concede the merits of any defense or opposition asserted by Defendants.

Plaintiff respectfully requests that the Court take this status report on the docket and deem Plaintiff's preliminary injunction request withdrawn without prejudice, with the attorney-conflict issue withdrawn and no further action requested on that issue. Plaintiff requests such other scheduling or case management directions as the Court deems appropriate.

Respectfully,

Jimmy Wagner

cc: Arthur Schwartz, Esq. (via CM/ECF)
Robert Drinan, Esq. (via CM/ECF)
Bhaveen Subharwal, Esq. (via CM/ECF)