# EXHIBIT D

TRANSPORT WORKERS UNION
OF GREATER NEW YORK • AFL-CIO • LOCAL 100

John V. Chiarello, *President*
Carlos Bernabel, *Secretary Treasurer*
Shirley Martin, *Recording Secretary*
Alexander Kemp, *Administrative VP*

September 3, 2026

Dear Brother Thompson,

As you are aware, on August 31st, 2026, the Executive Board, in two separate votes, found you guilty of serious violations of the TWU Constitution and Local Bylaws, involving actions which disrupted critical agreements in the Bus Maintenance Divisions, and a refusal to be transparent about funds that you collected from members for what was advertised as an "official" event.

In a nearly unanimous vote, it was determined by the Board to remove you from office based on each of the two charges.

Local 100 represented in court, when you sought to get a court order restraining the union trial, determined you would not be removed as Vice President until you conclude an appeal to the International Appeals Committee. However, given the nature of the offenses, I am exercising my authority as President under Article IV Section 1 of the Bylaws ("The Vice-Presidents shall assist the President in the discharge of his/her duties, to such extent as the President shall determine") to assign you to work remotely on matters relevant to RTO.

Conductor-Towers Chair Chris Drummond will be handling some of your duties, and will be the point of contact for RTO Department employees. I will be in touch with you regarding further instructions.

Sincerely,

John V. Chiarello

195 Montague St. 3rd fl. | Brooklyn, NY 11201 | Tel. 212-873-6000 • Fax 212-245-4102
www.twulocal100.org